UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In re:  Mexcol Group, LLC,

Case No. 26-41179
Chapter 11
Judge   Mark A. Randon

Debtor.
_____/

**ORDER SETTING IN-PERSON HEARING ON DEBTOR'S FIRST DAY MOTIONS**

This case is before the Court on the Debtor's motions (1) for authorization to use cash collateral (Docket # 6); and (2) for authorization to pay pre-petition wages (Docket # 7) (together, the "First Day Motions"). The Court finds good cause to enter this Order.

IT IS ORDERED that the Court will hold a hearing on each of the First Day Motions on Monday, **February 9, 2026 at 11:00 a.m.** The hearing will be held in person before the undersigned judge in Courtroom 1825, 211 W. Fort Street, Detroit, Michigan.

IT IS FURTHER ORDERED that *no later than, February 5, 2026*, the Debtor must serve a copy of this Order and the First Day Motions on the United States Trustee, all secured creditors, and the Debtor's 20 largest unsecured creditors. Such service must be made by first class mail on all creditors, and also must be made by fax, e-mail, hand delivery, or overnight mail on all secured creditors. *The Debtor's attorney must file a proof of all such service no later than February 5, 2026.*

Signed on February 5, 2026

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**