UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-41179-mar |
| **Mexcol Group LLC.,** | Subchapter V – Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Kimberly Ross Clayson**
**Taft Stettinius & Hollister, LLP**
**27777 Franklin Rd., Ste. 2500**
**Southfield, MI 48034**
**(248) 727.1635**
**Email: kclayson@taftlaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
Regions 3 and 9

By: /s/ Kelley Callard
Trial Attorney
Office of the U.S. Trustee
211 West Fort St - Suite 700
Detroit, Michigan 48226
(313) 226-6773
Kelley.Callard@usdoj.gov

Date: February 6, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-41179-mar |
| **Mexcol Group LLC.,** | Subchapter V – Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of **Kimberly Ross Clayson** as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $400.00,[1] in addition to seeking reimbursement for any actual and necessary expenses I incur.

[1] Subject to annual increase at the start of each calendar year.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Respectfully submitted,


By: /s/ Kimberly Ross Clayson
**Taft Stettinius & Hollister, LLP**
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 727-1635
Email: kclayson@taftlaw.com


Date: February 6, 2026