UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re: Chapter 11

Mexcol Group LLC, Case Number 26-41179

Debtor. Hon. Mark A. Randon

_____/

### ORDER TO SHOW CAUSE

The Court entered an order setting a status conference. Debtor was required to file a pre-status conference report on or before February 23, 2026. Debtor failed to do so. As such, Debtor must appear on **March 2, 2026, at 11:00 a.m.** and explain why the case should not be dismissed for failure to comply with the Court's order. All interested parties must call 1-202-503-1666 and use Conference ID 231 911 059#.

If Debtor files a pre-status conference report before the hearing date, the hearing will be canceled.

**IT IS ORDERED**.
**Signed on February 24, 2026**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**