**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mexcol Group LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - EDMI |
| Case number: | **26-41179** |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**                                    12/17

| | | | |
|---|---|---|---|
| Month: | **February 2026** | Date report filed: | **04/23/2026** |
| | | | MM/DD/YYYY |
| Line of business: | **Mexican Restaurant** | NAISC code: | |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                   Jose Alberto Pimental

Original signature of responsible party

Printed name of responsible party          Jose Alberto Pimental

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19.    **Total opening balance of all accounts**                                    $ __2557.98__
       This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.    **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ __61,365.51__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   ₋$ __59,618.38__

22. **Net case flow**   +$ __1747.13__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   =$ __4305.11__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## ▋ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ __0__
*(Exhibit E)*

## ▋ 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ __0__
*(Exhibit F)*

## ▋ 5. Employees

26. What was the number of employees when the case was filed?   $ __15__

27. What is the number of employees as of the date of this monthly report?   $ __15__

## ▋ 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ __0__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __0__

| Debtor Name | **Mexcol Group LLC** | Case number **26-41179** |
|---|---|---|

30. How much have you paid this month in other professional fees?     $   **0**

31. How much have you paid in total other professional fees since filing the case?     $   **0**

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ | − | $ | | $ |
| 33. **Cash disbursements** | $ | − | $ | | $ |
| 34. **Net cash flow** | $ | − | $ | | $ |

35. Total projected cash receipts for the next month:     $   **75,000**

36. Total projected cash disbursements for the next month:     − $   **60,000**

37. Total projected net cash flow for the next month:     = $   **15,000**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

[✓] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

[ ] 39. Bank reconciliation reports for each account.

[ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

[ ] 41. Budget, projection, or forecast reports.

[ ] 42. Project, job costing, or work-in-progress reports.



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Unlimited Checking    *Account: -------5462*

| Statement Activity From: 02/01/26 to 02/28/26 | | Beginning Balance | $2,610.05 |
|---|---|---|---|
| | | Credits (+) | 76,083.12 |
| | | Electronic Deposits | 74,093.12 |
| Days in Statement Period | 28 | Other Credits | 1,990.00 |
| | | Debits (-) | 74,333.06 |
| | | Regular Checks Paid | 28,794.22 |
| Average Ledger Balance* | 5,141.06 | Electronic Withdrawals | 21,413.50 |
| Average Collected Balance* | 5,141.06 | Other Debits | 24,125.34 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 55.00 |
| | | Ending Balance | $4,305.11 |

## Other Credits (+)    *Account:-------5462*

| Date | Amount | Description |
|---|---|---|
| 02/02 | 1,892.37 | MERCHANT LYNX MERCH DEP 260130 924600999198078 |
| 02/03 | 12,825.24 | MERCHANT LYNX MERCH DEP 260202 924600999198078 |
| 02/04 | 1,050.25 | MERCHANT LYNX MERCH DEP 260203 924600999198078 |
| 02/05 | 1,441.41 | MERCHANT LYNX MERCH DEP 260204 924600999198078 |
| 02/06 | 2,357.06 | MERCHANT LYNX MERCH DEP 260205 924600999198078 |
| 02/09 | 2,276.65 | MERCHANT LYNX MERCH DEP 260206 924600999198078 |
| 02/10 | 9,515.24 | MERCHANT LYNX MERCH DEP 260209 924600999198078 |
| 02/11 | 1,291.67 | MERCHANT LYNX MERCH DEP 260210 924600999198078 |
| 02/12 | 1,990.00 | MERCHANDISE RET XFINITY RETAIL #1735   XFINITY RETAIL #1735 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/12 | 1,906.99 | MERCHANT LYNX MERCH DEP 260211 924600999198078 |
| 02/13 | 1,949.75 | MERCHANT LYNX MERCH DEP 260212 924600999198078 |
| 02/17 | 13,681.45 | MERCHANT LYNX MERCH DEP 260216 924600999198078 |
| 02/17 | 1,645.07 | MERCHANT LYNX MERCH DEP 260213 924600999198078 |
| 02/18 | 1,874.36 | MERCHANT LYNX MERCH DEP 260217 924600999198078 |
| 02/19 | 2,400.43 | MERCHANT LYNX MERCH DEP 260218 924600999198078 |
| 02/20 | 1,480.27 | MERCHANT LYNX MERCH DEP 260219 924600999198078 |
| 02/23 | 2,575.47 | MERCHANT LYNX MERCH DEP 260220 924600999198078 |
| 02/24 | 9,452.64 | MERCHANT LYNX MERCH DEP 260223 924600999198078 |
| 02/25 | 1,003.99 | MERCHANT LYNX MERCH DEP 260224 924600999198078 |
| 02/26 | 1,611.80 | MERCHANT LYNX MERCH DEP 260225 924600999198078 |
| 02/27 | 1,861.01 | MERCHANT LYNX MERCH DEP 260226 924600999198078 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⊮ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.



## Checks (-)

_Account:------5462_

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 02/09 | 1,000.00 | 1201 | 02/24 | 200.00 | 1338 |
| 02/03 | 500.00 | 1269* | 02/20 | 232.26 | 1339 |
| 02/13 | 500.00 | 1271* | 02/25 | 20.00 | 1340 |
| 02/05 | 398.90 | 1319* | 02/27 | 747.20 | 1341 |
| 02/02 | 391.00 | 1320 | 02/03 | 1,750.00 | 1390* |
| 02/04 | 200.00 | 1321 | 02/06 | 127.90 | 10163* |
| 02/09 | 83.00 | 1322 | 02/02 | 184.16 | 10165* |
| 02/06 | 135.00 | 1323 | 02/06 | 875.75 | 10167* |
| 02/03 | 170.00 | 1324 | 02/09 | 165.06 | 10168 |
| 02/04 | 633.81 | 1325 | 02/06 | 86.44 | 10169 |
| 02/17 | 288.00 | 1326 | 02/19 | 921.38 | 10173* |
| 02/13 | 1,047.99 | 1327 | 02/20 | 138.52 | 10174 |
| 02/12 | 20.00 | 1328 | 02/23 | 42.64 | 10175 |
| 02/19 | 502.20 | 1329 | 02/23 | 160.99 | 10178* |
| 02/19 | 360.22 | 1334* | 02/20 | 3,000.00 | 228146* |
| 02/26 | 503.00 | 1335 | 02/04 | 5,000.00 | 345293* |
| 02/20 | 958.80 | 1336 | 02/10 | 2,000.00 | 783890* |
| 02/20 | 1,450.00 | 1337 | 02/24 | 4,000.00 | 794896* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

_Account:------5462_

| Date | Amount | Description |
|------|--------|-------------|
| 02/02 | 108.00 | PURCHASE LEENA SPA, LLC  LEENA SPA, LLC ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/02 | 1,990.00 | PURCHASE XFINITY RETAIL #1735  XFINITY RETAIL #1735 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/02 | 441.25 | PURCHASE LTF*LIFE TIME MO DUES  LTF*LIFE TIME MO DUES CHANHASSEN MN XXXXXXXXXXXX8005 |
| 02/02 | 65.00 | HUNTINGTON ATM CASH WITHDRAWAL  1984 N OPDYKE RD AUBURN HILLS MI XXXXXXXXXXXX8005 |
| 02/02 | 15.00 | FACTOR4 4844713963  260201 000000000000142 |
| 02/02 | 47.00 | SHIFT4 FEES 260130 068880021814292 |
| 02/02 | 1,114.07 | MERCHANT LYNX MTHLY DISC  260130 924600999198078 |
| 02/03 | 120.00 | HUNTINGTON ATM CASH WITHDRAWAL  2205 SOUTH TELEGRA BLOOMFIELD TW MI XXXXXXXXXXXX8005 |
| 02/03 | 115.14 | GUARDIAN TEMPUS ACH PAYMNT  260202 1137148 |
| 02/04 | 1,013.32 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/04 | 107.85 | Rewards Network SETTLEMENT  260204 39105-030717681 |
| 02/04 | 250.00 | M&RAcctg 7401 MEXCOL  MEXCOL |
| 02/04 | 1,604.33 | Al Peake & Sons CUSTOMERS  Feb 04 2276 |
| 02/05 | 95.68 | PURCHASE MOOSE PRESERVE  MOOSE PRESERVE BLOOMFIELD HI MI XXXXXXXXXXXX8005 |
| 02/05 | 107.02 | PURCHASE BIBERK INSURANCE  BIBERK INSURANCE WILKES BARRE PA XXXXXXXXXXXX8005 |
| 02/05 | 64.34 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX8005 |
| 02/05 | 120.00 | PURCHASE LIFE TIME PROD & SERV  LIFE TIME PROD & SERV CHANHASSEN MN XXXXXXXXXXXX8005 |


| Date | Amount | Description |
|---|---|---|
| 02/05 | 37.73 | PURCHASE TST*E.G. NICKS GRILL & TST*E.G. NICKS GRILL & LAPEER MI XXXXXXXXXXXX8005 |
| 02/05 | 66.69 | MEXCOL GROUP LLC BILLING 020126 1237 |
| 02/05 | 786.51 | MEXCOL GROUP LLC TAX 020126 1237 |
| 02/06 | 48.01 | PURCHASE P.F.CHANG'S 9799 POS P.F.CHANG'S 9799 POS ROCHESTER MI XXXXXXXXXXXX8005 |
| 02/06 | 1,225.02 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX8005 |
| 02/06 | 2.49 | PURCHASE FEDEX OFFIC47400004747 FEDEX OFFIC47400004747 FLINT MI XXXXXXXXXXXX8005 |
| 02/06 | 226.16 | PURCHASE OLD NAVY US 3464 OLD NAVY US 3464 FLINT MI XXXXXXXXXXXX8005 |
| 02/06 | 329.87 | STATE OF MICHGWL LIQUORSALE 260205 #005310613 |
| 02/09 | 30.75 | PURCHASE SHELL OIL 57446569907 SHELL OIL 57446569907 AUBURN HILLS MI XXXXXXXXXXXX8005 |
| 02/09 | 135.81 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/09 | 44.76 | PURCHASE EXXON TROY & GAS INC. EXXON TROY & GAS INC. TROY MI XXXXXXXXXXXX8005 |
| 02/09 | 141.60 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/09 | 250.91 | PURCHASE COSTCO WHSE #1037 COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX8005 |
| 02/09 | 57.21 | PURCHASE MARSHALLS #0235 MARSHALLS #0235 ROCHESTER MI XXXXXXXXXXXX8005 |
| 02/09 | 259.03 | STATE OF MICHNWS LIQUORSALE 260206 #004798427 |
| 02/10 | 1,903.11 | COMCAST-XFINITY RETRY PYMT 260201 0926842 |
| 02/10 | 5.95 | PURCHASE UBER *TRIP UBER *TRIP 8005928996 CA XXXXXXXXXXXX8005 |
| 02/10 | 54.94 | PURCHASE UBER *TRIP UBER *TRIP 8005928996 CA XXXXXXXXXXXX8005 |
| 02/10 | 807.10 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/10 | 123.91 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/10 | 60.97 | PURCHASE UBER *TRIP UBER *TRIP 8005928996 CA XXXXXXXXXXXX8005 |
| 02/10 | 900.00 | HUNTINGTON ATM CASH WITHDRAWAL 471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX8005 |
| 02/10 | 467.00 | FRESH TECHNOLOGY WEB PMTS 021026 Q1YQVR |
| 02/11 | 18.00 | PURCHASE LTFITNESS PRODUCT/SVCS LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXX8005 |
| 02/11 | 40.26 | PURCHASE SPEEDWAY 44444 SPEEDWAY 44444 LAKE ORION MI XXXXXXXXXXXX8005 |
| 02/11 | 193.43 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/11 | 117.79 | Rewards Network SETTLEMENT 260211 39127-030740920 |
| 02/11 | 250.00 | M&RAcctg 7401 MEXCOL MEXCOL |
| 02/11 | 1,532.83 | Al Peake & Sons CUSTOMERS Feb 11 2276 |
| 02/12 | 158.29 | PURCHASE CINTAS CORP CINTAS CORP MASON OH XXXXXXXXXXXX8005 |
| 02/12 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX8005 |
| 02/12 | 35.62 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/12 | 2,509.99 | PURCHASE CONSUMER ENERGY CONSUMER ENERGY JACKSON MI XXXXXXXXXXXX8005 |
| 02/12 | 62.39 | PURCHASE SPEEDWAY 44482 SPEEDWAY 44482 FLINT MI XXXXXXXXXXXX8005 |
| 02/12 | 96.47 | PURCHASE FSP*QUALITY LUBRICATIO FSP*QUALITY LUBRICATIO AUBURN HILLS MI XXXXXXXXXXXX8005 |
| 02/12 | 200.00 | DTE Energy 800477474 260211 |
| 02/12 | 266.90 | Tri-County Bever FintechEFT 021126 81-0993258 |
| 02/13 | 303.07 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/13 | 111.49 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/13 | 335.30 | Premium Distribu FINTECHEFT 021226 81-0993258 |

26-41179-mar    Doc 43    Filed 04/23/26    Entered 04/23/26 14:14:20    Page 6 of 15



## *Other Debits (-)*         *Account:-------5462*

| Date | Amount | Description |
|------|--------|-------------|
| 02/13 | 390.84 | STATE OF MICHGWL LIQUORSALE  260212 #005332663 |
| 02/17 | 133.56 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/17 | 41.58 | PURCHASE TST* SOCIAL HOUSE  TST* SOCIAL HOUSE FLINT MI XXXXXXXXXXXX8005 |
| 02/17 | 32.05 | PURCHASE EXXON HIGH POINTE OIL  EXXON HIGH POINTE OIL STERLING HEIG MI XXXXXXXXXXXX8005 |
| 02/17 | 118.25 | PURCHASE HONEY BEE MARKET  HONEY BEE MARKET DETROIT MI XXXXXXXXXXXX8005 |
| 02/17 | 62.50 | PURCHASE TEXAS ROADHOUSE #2125  TEXAS ROADHOUSE #2125 MADISON HEIGH MI XXXXXXXXXXXX8005 |
| 02/17 | 427.51 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/17 | 108.00 | PURCHASE LEENA SPA, LLC  LEENA SPA, LLC ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/17 | 56.98 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXX8005 |
| 02/17 | 47.50 | PURCHASE TST*E.G. NICKS GRILL &  TST*E.G. NICKS GRILL & LAPEER MI XXXXXXXXXXXX8005 |
| 02/17 | 133.18 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/17 | 57.93 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXX8005 |
| 02/17 | 109.69 | PURCHASE COSTCO WHSE #1716  COSTCO WHSE #1716 FLINT MI XXXXXXXXXXXX8005 |
| 02/17 | 63.45 | PURCHASE COSTCO GAS #0376  COSTCO GAS #0376 AUBURN HILLS MI XXXXXXXXXXXX8005 |
| 02/17 | 134.00 | COMCAST-XFINITY CABLE SVCS  260216 6199049 |
| 02/17 | 228.96 | STATE OF MICHNWS LIQUORSALE  260213 #004939609 |
| 02/18 | 1,699.14 | CONSUMERS ENERGY ENERGYBILL  260216 103050366816 |
| 02/18 | 79.00 | PURCHASE LADY JANES BIRMINGHAM  LADY JANES BIRMINGHAM BIRMINGHAM MI XXXXXXXXXXXX8005 |
| 02/18 | 18.00 | PURCHASE LTFITNESS PRODUCT/SVCS  LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXX8005 |
| 02/18 | 14.25 | PURCHASE SQ *FLINTPRINTS  SQ *FLINTPRINTS FLINT MI XXXXXXXXXXXX8005 |
| 02/18 | 26.12 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/18 | 52.99 | PURCHASE BEST BUY 00004499  BEST BUY 00004499 AUBURN HILLS MI XXXXXXXXXXXX8005 |
| 02/18 | 530.34 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX8005 |
| 02/18 | 79.52 | Rewards Network SETTLEMENT  260218 39149-030764814 |
| 02/18 | 131.00 | BEST BUY AUTO PYMT  260217 721911962340792 |
| 02/18 | 250.00 | M&RAcctg 7401 MEXCOL  MEXCOL |
| 02/18 | 1,810.97 | Al Peake & Sons CUSTOMERS  Feb 18 2276 |
| 02/19 | 78.86 | PURCHASE THE HOME DEPOT #2743  THE HOME DEPOT #2743 ORION MI XXXXXXXXXXXX8005 |
| 02/19 | 80.05 | PURCHASE LONGHORN STEAK 0125660  LONGHORN STEAK 0125660 TROY MI XXXXXXXXXXXX8005 |
| 02/19 | 64.34 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX8005 |
| 02/19 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO  SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX8005 |
| 02/19 | 797.20 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX8005 |
| 02/19 | 68.68 | PURCHASE TEXAS ROADHOUSE #2125  TEXAS ROADHOUSE #2125 MADISON HEIGH MI XXXXXXXXXXXX8005 |
| 02/19 | 53.46 | PURCHASE GRAND TAVERN  GRAND TAVERN ROCHESTER HIL MI XXXXXXXXXXXX8005 |
| 02/19 | 68.62 | MEXCOL GROUP LLC BILLING  021526 1237 |
| 02/19 | 995.10 | MEXCOL GROUP LLC TAX  021526 1237 |
| 02/20 | 16.98 | PURCHASE PANERA BREAD #600694 P  PANERA BREAD #600694 P TROY MI XXXXXXXXXXXX8005 |
| 02/23 | 74.19 | PURCHASE MICRO CENTER #055-RETA  MICRO CENTER #055-RETA MADISON HEIGH MI XXXXXXXXXXXX8005 |



## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 02/23 | 60.53 | PURCHASE P.F.CHANG'S 4300 POS  P.F.CHANG'S 4300 POS TROY MI XXXXXXXXXXXXX8005 |
| 02/23 | 20.13 | PURCHASE APPLE.COM/BILL  APPLE.COM/BILL CUPERTINO CA XXXXXXXXXXXXX8005 |
| 02/23 | 61.20 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXXX8005 |
| 02/23 | 179.14 | PURCHASE TST* LA COLLINA ITALIA  TST* LA COLLINA ITALIA ROCHESTER MI XXXXXXXXXXXXX8005 |
| 02/23 | 248.32 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXXX8005 |
| 02/23 | 201.96 | T-MOBILE PCS SVC  260220 7530480 |
| 02/23 | 263.71 | HONOR CAPITAL-ET 0000011  260223 UNI000050338666 Finance Payment 12745337 HONOR CAPIT AL ETI MEXCOL GROUP LLC |
| 02/23 | 491.70 | STATE OF MICHGWL LIQUORSALE  260220 #005364738 |
| 02/24 | 884.00 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXXX8005 |
| 02/24 | 56.92 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXXX8005 |
| 02/24 | 61.90 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXXX8005 |
| 02/24 | 4,219.68 | FREEDOM MTG PYMTS 022426 0128655800 |
| 02/25 | 600.00 | PURCHASE STATE MI DLEG LIQUOR L  STATE MI DLEG LIQUOR L LANSING MI XXXXXXXXXXXXX8005 |
| 02/25 | 72.83 | PURCHASE MEIJER EXPRESS #140  MEIJER EXPRESS #140 LAPEER MI XXXXXXXXXXXXX8005 |
| 02/25 | 2,090.32 | PURCHASE AL PEAKE & SONS INC. 1  AL PEAKE & SONS INC. 1 TOLEDO OH XXXXXXXXXXXXX8005 |
| 02/25 | 111.61 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXXX8005 |
| 02/25 | 100.00 | INTERNET TFR TO CHECKING  022526 XXXXXXX0617 |
| 02/25 | 100.00 | INTERNET TFR TO CHECKING  022526 XXXXXXX0620 |
| 02/25 | 100.00 | INTERNET TFR TO CHECKING  022526 XXXXXXX0633 |
| 02/25 | 700.00 | HUNTINGTON ATM CASH WITHDRAWAL  1555 DEMILLE RD LAPEER MI XXXXXXXXXXXXX8005 |
| 02/25 | 124.93 | Rewards Network SETTLEMENT  260225 39171-030788783 |
| 02/26 | 18.00 | PURCHASE LTFITNESS PRODUCT/SVCS  LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXXX8005 |
| 02/26 | 158.29 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXXX8005 |
| 02/26 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO  SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXXX8005 |
| 02/26 | 800.35 | PURCHASE ALPEAKESONSINC  ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXXX8005 |
| 02/26 | 487.00 | PURCHASE DOVER & COMPANY LLC  DOVER & COMPANY LLC FLINT MI XXXXXXXXXXXXX8005 |
| 02/26 | 46.20 | PURCHASE TST*E.G. NICKS GRILL &  TST*E.G. NICKS GRILL & LAPEER MI XXXXXXXXXXXXX8005 |
| 02/26 | 207.13 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXXX8005 |
| 02/26 | 250.00 | M&RAcctg 7401 MEXCOL  MEXCOL |
| 02/27 | 12.46 | PURCHASE PANERA BREAD #601802 P  PANERA BREAD #601802 P FLINT MI XXXXXXXXXXXXX8005 |
| 02/27 | 20.13 | PURCHASE GFS STORE #0904  GFS STORE #0904 FLINT MI XXXXXXXXXXXXX8005 |
| 02/27 | 35.48 | PURCHASE GREGS OF METAMORA  GREGS OF METAMORA METAMORA MI XXXXXXXXXXXXX8005 |
| 02/27 | 20.84 | PURCHASE GRAND TAVERN TROY  GRAND TAVERN TROY TROY MI XXXXXXXXXXXXX8005 |
| 02/27 | 169.13 | PURCHASE HEALTHPRIM* HEALTH PRI  HEALTHPRIM* HEALTH PRI UNION BRIDGE MD XXXXXXXXXXXXX8005 |
| 02/27 | 49.85 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXXX8005 |
| 02/27 | 304.95 | Premium Distribu FINTECHEFT  022626 81-0993258 |



## Service Charge Detail

*Account:-------5462*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 02/03 | 36.00 | | RETURNED NSF ITEM FEE |
| 02/18 | 8.00 | | FRAUD PROTECTION SERVICE FEES |
| 02/18 | 35.00 | | STOP PAYMENT |
| 02/18 | 20.00 | | MONTHLY SERVICE FEE |
| 02/03 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |
| 02/18 | | 8.00 | FRAUD PROTECTION SERVICE FEES REVERSAL |

## Service Charge Summary

*Account:-------5462*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$63.00** |
| Credits - Previous Month Charges (+) | 8.00 |
| **Net Service Charges** | **$55.00** |
| Other Charges (-) | 36.00 |
| Other Credits (+) | 36.00 |
| **Total Service Charges (-)** | **$55.00** |

## Balance Activity

*Account:-------5462*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/31 | 2,610.05 | 02/10 | 4,923.72 | 02/20 | 7,376.91 |
| 02/02 | 146.94 | 02/11 | 4,063.08 | 02/23 | 8,147.87 |
| 02/03 | 10,317.04 | 02/12 | 4,110.41 | 02/24 | 8,178.01 |
| 02/04 | 2,557.98 | 02/13 | 3,371.47 | 02/25 | 5,162.31 |
| 02/05 | 2,322.52 | 02/17 | 16,654.85 | 02/26 | 3,804.14 |
| 02/06 | 1,622.94 | 02/18 | 13,782.88 | 02/27 | 4,305.11 |
| 02/09 | 1,731.46 | 02/19 | 11,693.20 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*   *Account: -------0617*

| Statement Activity From: 02/26/26 to 02/28/26 | | | | |
|---|---|---|---|---|
| | | Beginning Balance | | $0.00 |
| | | Credits (+) | | 100.00 |
| | | Other Credits | | 100.00 |
| Days in Statement Period | 3 | Total Service Charges (-) | | 0.00 |
| | | Ending Balance | | $100.00 |
| Average Ledger Balance* | 0.00 | | | |
| Average Collected Balance* | 0.00 | | | |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*   *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 02/25 | 100.00 | INTERNET TFR FRM CHECKING  022526 XXXXXXX5462 |

## *Service Charge Summary*   *Account:-------0617*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## *Balance Activity*   *Account:-------0617*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/25 | 100.00 | | | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ® , Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.



---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*          *Account: -------0620*

| Statement Activity From:<br>02/26/26 to 02/28/26 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 100.00 |
| | | Other Credits | 100.00 |
| Days in Statement Period | 3 | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $100.00 |
| Average Ledger Balance* | 0.00 | | |
| Average Collected Balance* | 0.00 | | |
| * The above balances correspond to the service charge cycle for this account. | | | |

## *Other Credits (+)*          *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 02/25 | 100.00 | INTERNET TFR FRM CHECKING  022526 XXXXXXX5462 |

## *Service Charge Summary*          *Account:-------0620*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## *Balance Activity*          *Account:-------0620*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/25 | 100.00 | | | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⑪ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ® 2026 Huntington Bancshares Incorporated.



---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*       *Account: -------0633*

| **Statement Activity From:** 02/26/26 to 02/28/26 | | | |
|---|---|---|---|
| **Beginning Balance** | | | $0.00 |
| **Credits (+)** | | | 100.00 |
| Other Credits | | | 100.00 |
| **Total Service Charges (-)** | | | 0.00 |
| **Ending Balance** | | | $100.00 |

| | | |
|---|---|---|
| Days in Statement Period | | 3 |
| Average Ledger Balance* | | 0.00 |
| Average Collected Balance* | | 0.00 |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*       *Account:-------0633*

| Date | Amount | Description |
|---|---|---|
| 02/25 | 100.00 | INTERNET TFR FRM CHECKING   022526 XXXXXXX5462 |

## *Service Charge Summary*       *Account:-------0633*

| | |
|---|---|
| **Previous Month Service Charges (-)** | $0.00 |
| **Total Service Charges (-)** | $0.00 |

## *Balance Activity*       *Account:-------0633*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/25 | 100.00 | | | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ® 2026 Huntington Bancshares Incorporated.



---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

26-41179-mar   Doc 43   Filed 04/23/26   Entered 04/23/26 14:14:20   Page 15 of 15