## Fill in this information to identify the case:

Debtor name: **Mexcol Group LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN - EDMI**

Case number: **26-41179**

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11** 12/17

Month: **March 2026**

Date report filed: **04/23/2026**
MM/DD/YYYY

Line of business: **Mexican Restaurant**

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jose Alberto Pimental

Original signature of responsible party: _[signature]_

Printed name of responsible party: Jose Alberto Pimental

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ **4305.11**

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ _75,876.41_

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          - $ _57,412.44_

22. **Net case flow**          + $ _18,463.97_
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ _22,769.08_

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _0_
*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ _0_
*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          $ _15_

27. What is the number of employees as of the date of this monthly report?          $ _15_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _0_

30. How much have you paid this month in other professional fees?   $ 0

31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  |  | Column A | | Column B | | Column C | |
|---|---|---|---|---|---|---|---|
|  |  | **Projected** | − | **Actual** | = | **Difference** | |
|  |  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. | |
| 32. | **Cash receipts** | $ 75,000 | − $ | 75,876 | $ | 876 | |
| 33. | **Cash disbursements** | $ 60,000 | − $ | 57,412.44 | $ | 2587.56 | |
| 34. | **Net cash flow** | $ 15,000 | − $ | 18,463.97 | $ | 3463.97 | |

35. Total projected cash receipts for the next month:   $ 75,000

36. Total projected cash disbursements for the next month:   − $ 60,000

37. Total projected net cash flow for the next month:   = $ 15,000

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.
☐ 42. Project, job costing, or work-in-progress reports.



MEXCOL GROUP, LLC
DBA
CASA REAL 1
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*　　　　*Account: -------0617*

| Statement Activity From: 03/01/26 to 03/31/26 | | Beginning Balance | $100.00 |
|---|---|---|---|
| | | Credits (+) | 75,876.41 |
| | | Electronic Deposits | 75,876.41 |
| Days in Statement Period | 31 | Debits (-) | 53,207.33 |
| | | Regular Checks Paid | 32,365.99 |
| Average Ledger Balance* | 7,984.01 | Electronic Withdrawals | 3,897.33 |
| Average Collected Balance* | 7,984.01 | Other Debits | 16,944.01 |
| * The above balances correspond to the | | Total Service Charges (-) | 0.00 |
| service charge cycle for this account. | | Ending Balance | $22,769.08 |

## *Other Credits (+)*　　　　　　　　　　　　　　　　　　*Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 03/10 | 14,107.92 | MERCHANT LYNX MERCH DEP  260309 924600999198078 |
| 03/11 | 1,546.63 | MERCHANT LYNX MERCH DEP  260310 924600999198078 |
| 03/12 | 1,288.48 | MERCHANT LYNX MERCH DEP  260311 924600999198078 |
| 03/13 | 1,858.20 | MERCHANT LYNX MERCH DEP  260312 924600999198078 |
| 03/16 | 2,270.08 | MERCHANT LYNX MERCH DEP  260313 924600999198078 |
| 03/17 | 13,141.80 | MERCHANT LYNX MERCH DEP  260316 924600999198078 |
| 03/18 | 1,569.47 | MERCHANT LYNX MERCH DEP  260317 924600999198078 |
| 03/19 | 1,702.06 | MERCHANT LYNX MERCH DEP  260318 924600999198078 |
| 03/20 | 2,238.36 | MERCHANT LYNX MERCH DEP  260319 924600999198078 |
| 03/23 | 2,612.90 | MERCHANT LYNX MERCH DEP  260320 924600999198078 |
| 03/24 | 13,486.65 | MERCHANT LYNX MERCH DEP  260323 924600999198078 |
| 03/25 | 1,162.12 | MERCHANT LYNX MERCH DEP  260324 924600999198078 |
| 03/26 | 2,219.91 | MERCHANT LYNX MERCH DEP  260325 924600999198078 |
| 03/27 | 1,652.44 | MERCHANT LYNX MERCH DEP  260326 924600999198078 |
| 03/30 | 2,311.32 | MERCHANT LYNX MERCH DEP  260327 924600999198078 |
| 03/31 | 12,708.07 | MERCHANT LYNX MERCH DEP  260330 924600999198078 |

## *Checks (-)*　　　　　　　　　　　　　　　　　　　　*Account:-------0617*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/10 | 5,000.00 | 316956 | 03/17 | 1,200.00 | 466749* |
| 03/24 | 4,000.00 | 368141* | 03/11 | 2,500.00 | 555724* |
| 03/30 | 3,500.00 | 368165* | 03/31 | 3,000.00 | 592643* |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. 🏛 ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ® 2026 Huntington Bancshares Incorporated.



## Checks (-)

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 03/12 | 450.00 | 13596786* | 03/19 | 2,042.23 | 15164574* |
| 03/17 | 1,804.74 | 13596787 | 03/30 | 551.50 | 15164575 |
| 03/13 | 532.38 | 13596788 | 03/25 | 20.00 | 15164578* |
| 03/16 | 200.00 | 13596789 | 03/11 | 261.00 | 15449368* |
| 03/25 | 361.00 | 14933321* | 03/12 | 381.03 | 15449369 |
| 03/27 | 414.20 | 14933322 | 03/23 | 454.00 | 15449370 |
| 03/30 | 1,856.31 | 14933323 | 03/12 | 3,400.50 | 15449372* |
| 03/30 | 437.10 | 14933324 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 03/12 | 583.44 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 03/12 | 300.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 03/12 | 216.72 | WITHDRAWAL |
| 03/13 | 583.44 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 03/16 | 156.66 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/16 | 300.00 | PURCHASE TREEHOUSE FOR EARTHS  TREEHOUSE FOR EARTHS FARMINGTON MI XXXXXXXXXXXX2021 |
| 03/16 | 50.00 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 03/16 | 62.13 | PURCHASE EXXON M-24 & SILVERBEL  EXXON M-24 & SILVERBEL LAKE ORION MI XXXXXXXXXXXX2021 |
| 03/16 | 187.40 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/17 | 378.57 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/19 | 88.11 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/19 | 2,195.92 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 03/19 | 1,500.00 | INTERNET TFR TO CHECKING  031926 XXXXXXX0620 |
| 03/19 | 160.70 | PURCHASE COSTCO WHSE #1716  COSTCO WHSE #1716 FLINT MI XXXXXXXXXXXX2021 |
| 03/19 | 1,760.11 | Al Peake & Sons CUSTOMERS  Mar 19 2276 |
| 03/20 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO  SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 03/20 | 83.86 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/20 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/23 | 93.76 | PURCHASE MEIJER STORE #260  MEIJER STORE #260 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/23 | 91.13 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/23 | 200.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 03/23 | 91.77 | PURCHASE WHOLEFDS BIR #10641  WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 03/23 | 1,000.00 | INTERNET TFR TO CHECKING  032326 XXXXXXX0620 |
| 03/23 | 700.00 | HUNTINGTON ATM CASH WITHDRAWAL  30995 WOODWARD AVE ROYAL OAK MI XXXXXXXXXXXX2021 |
| 03/24 | 1,419.29 | PURCHASE BELLE TIRE 048  BELLE TIRE 048 MACOMB MI XXXXXXXXXXXX2021 |
| 03/24 | 291.43 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |



## Other Debits (-)　　　　　　　　　　　　　　　　　　　　*Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 03/24 | 457.35 | WITHDRAWAL |
| 03/24 | 604.80 | WITHDRAWAL |
| 03/25 | 83.46 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/25 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO  SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 03/25 | 46.25 | PURCHASE FEDEX OFFICE 0442 MTCK  FEDEX OFFICE 0442 MTCK AUBURN HILLS MI XXXXXXXXXXXX2021 |
| 03/25 | 150.47 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 03/25 | 2,137.22 | Al Peake & Sons CUSTOMERS  Mar 25 2276 |
| 03/26 | 93.19 | PURCHASE SHELL OIL 574416137QPS  SHELL OIL 574416137QPS FARMINGTON HI MI XXXXXXXXXXXX2021 |
| 03/26 | 36.90 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/26 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 03/26 | 145.97 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 03/30 | 91.74 | PURCHASE SHELL OIL 12674515007  SHELL OIL 12674515007 TROY MI XXXXXXXXXXXX2021 |
| 03/30 | 366.51 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/30 | 353.78 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/30 | 178.33 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 03/30 | 324.16 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 03/31 | 31.78 | PURCHASE THE HOME DEPOT #2727  THE HOME DEPOT #2727 ROCHESTER MI XXXXXXXXXXXX2021 |
| 03/31 | 159.36 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 03/31 | 33.59 | PURCHASE HONEY BEE MARKET  HONEY BEE MARKET DETROIT MI XXXXXXXXXXXX2021 |
| 03/31 | 52.04 | PURCHASE MEXICAN TOWN BAKERY  MEXICAN TOWN BAKERY DETROIT MI XXXXXXXXXXXX2021 |

## Service Charge Summary　　　　　　　　　　　　　　　　*Account:-------0617*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity　　　　　　　　　　　　　　　　　　　　*Account:-------0617*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 100.00 | 03/17 | 15,765.10 | 03/25 | 16,503.80 |
| 03/10 | 9,207.92 | 03/18 | 17,334.57 | 03/26 | 17,447.65 |
| 03/11 | 7,993.55 | 03/19 | 11,289.56 | 03/27 | 18,685.89 |
| 03/12 | 3,950.34 | 03/20 | 11,944.06 | 03/30 | 13,337.78 |
| 03/13 | 4,692.72 | 03/23 | 11,926.30 | 03/31 | 22,769.08 |
| 03/16 | 6,006.61 | 03/24 | 18,640.08 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

26-41179-mar   Doc 44   Filed 04/23/26   Entered 04/23/26 14:16:07   Page 7 of 16



## IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES

### EFFECTIVE JUNE 1, 2026

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*  *Account: -------0620*

| Statement Activity From: 03/01/26 to 03/31/26 | | Beginning Balance | $100.00 |
|---|---|---|---|
| | | Credits (+) | 2,500.00 |
| | | Other Credits | 2,500.00 |
| Days in Statement Period | 31 | Debits (-) | 2,424.60 |
| | | Regular Checks Paid | 1,377.73 |
| Average Ledger Balance* | 151.33 | Electronic Withdrawals | 1,046.87 |
| Average Collected Balance* | 151.33 | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $175.40 |

* The above balances correspond to the service charge cycle for this account.

## *Other Credits (+)*  *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 03/19 | 1,500.00 | INTERNET TFR FRM CHECKING  031926 XXXXXXX0617 |
| 03/23 | 1,000.00 | INTERNET TFR FRM CHECKING  032326 XXXXXXX0617 |

## *Checks (-)*  *Account:-------0620*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 03/23 | 960.10 | 10002 | 03/23 | 28.94 | 10004 |
| 03/25 | 153.91 | 10003 | 03/31 | 234.78 | 10005 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*  *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 03/19 | 77.71 | MEXCOL GROUP LLC BILLING  031526 1237 |
| 03/19 | 969.16 | MEXCOL GROUP LLC TAX  031526 1237 |

## *Service Charge Detail*  *Account:-------0620*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 03/23 | 36.00 | | RETURNED NSF ITEM FEE |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.



## *Service Charge Detail*                                            *Account:-------0620*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 03/23 |  | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## *Service Charge Summary*                                           *Account:-------0620*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| Other Charges (-) | 36.00 |
| Other Credits (+) | 36.00 |
| **Total Service Charges (-)** | **$0.00** |

## *Balance Activity*                                                 *Account:-------0620*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/28 | 100.00 | 03/23 | 564.09 | 03/31 | 175.40 |
| 03/19 | 553.13 | 03/25 | 410.18 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

26-41179-mar    Doc 44    Filed 04/23/26    Entered 04/23/26 14:16:07    Page 10 of 16



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Business Checking 100 — *Account: -------0633*

| Statement Activity From: 03/01/26 to 03/31/26 | | | |
|---|---|---|---|
| | | Beginning Balance | $100.00 |
| | | Debits (-) | 92.14 |
| | | Other Debits | 92.14 |
| Days in Statement Period | 31 | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $7.86 |
| Average Ledger Balance* | 45.72 | | |
| Average Collected Balance* | 45.72 | | |

\* The above balances correspond to the
service charge cycle for this account.

## Other Debits (-) — *Account:-------0633*

| Date | Amount | Description |
|---|---|---|
| 03/10 | 77.99 | PURCHASE COSTCO GAS #1716  COSTCO GAS #1716 FLINT MI XXXXXXXXXXXXX2047 |
| 03/19 | 14.15 | PURCHASE PANERA BREAD #606098 P  PANERA BREAD #606098 P TROY MI XXXXXXXXXXXXX2047 |

## Service Charge Summary — *Account:-------0633*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity — *Account:-------0633*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 100.00 | 03/10 | 22.01 | 03/19 | 7.86 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦾ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.



---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR
TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.



## Welcome

We appreciate that you chose Huntington to help support your business, and we're excited to honor that decision with exemplary customer service. The first step in our process is making sure you have everything you need, right from the beginning. Attached is a packet of information we've prepared to help you make the most of your new Huntington account.

## Account(s) Summary

**Account Owner:** MEXCOL GROUP, LLC

| Account Type | Account Number | Routing Number |
|---|---|---|
| Huntington Business Checking 100 | 01360420617 | 072403473 |
| Huntington Business Checking 100 | 01360420620 | 072403473 |
| Huntington Business Checking 100 | 01360420633 | 072403473 |

## Key Point of Contact

| **Your Banker:** | Muhammad Irfan Qureshi | 248-841-9021 |
|---|---|---|

**Customer Service:**

| Business Direct: | 1-800-480-2001 |
|---|---|
| Hours: | Weekdays: 7:30am to 6:30pm ET |
| | Saturdays: 8:00am to 5:00pm ET |
| | Automated phone service 24 hours a day, 7 days a week |

## Next Steps:

- ☐ Fund your newly opened account
- ☐ Order your Checks
- ☐ Establish your Business Online account
- ☐ Receive and activate your Debit Card

## Additional Products & Services to discuss with your banker:

| Services | | Examples |
|---|---|---|
| ☐ | Fraud Protection Services | — Business Security Suite |
| ☐ | Lending Solutions | — Line of Credit, Term Loan |
| ☐ | Receivables Solutions | — Merchant Services, Remote Deposit Capture |
| ☐ | Payables Solutions | — Online Bill Pay, Online Payroll |
| ☐ | Funds Management / Investment Options | — Savings, Money Market, CD |
| ☐ | Insurance | — Employee, Home & Auto, Commercial, General |
| ☐ | | |

Member FDIC. ® and Huntington® are federally registered service marks of Huntington Bancshares Incorporated.
©2026 Huntington Bancshares Incorporated.

☐ _____

**Banker & Customer Notes / Follow-Up Appointments:**