## Fill in this information to identify the case:

Debtor name **Mexcol Group LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN - EDMI**

Case number: **26-41179**

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**      **12/17**

Month: **April 2026**      Date report filed: **5/7/2026**
MM/DD/YYYY

Line of business: **Mexican Restaurant**      NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:     Jose Alberto Pimental

Original signature of responsible party

Printed name of responsible party     Jose Alberto Pimental

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**      $ **22,769.08**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Software Copyright (c) 1996-2025 Best Case, LLC. - www.bestcase.com

26-41179-mar    Doc 48    Filed 05/07/26    Entered 05/07/26 15:47:10    Page 1 of 14

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.      $   **81,215.31**

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.      – $   **81,658.02**

22. **Net case flow**      + $   **(443.61)**
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.      = $   **22,325.47**

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $   **0**
*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**      $   **0**
*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      $   **15**

27. What is the number of employees as of the date of this monthly report?      $   **15**

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $   **0**

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $   **0**

30. How much have you paid this month in other professional fees?  $ __0__

31. How much have you paid in total other professional fees since filing the case?  $ __0__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | _ **Actual** | = **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 75,000 | _ $ 81,215.81 | $ 6215.81 |
| 33. **Cash disbursements** | $ 60,000 | _ $ 81,658.92 | $ 1658.92 |
| 34. **Net cash flow** | $ 15,000 | - $ (443.11) | $ 4,556.89 |

35. Total projected cash receipts for the next month:  $ 80,000

36. Total projected cash disbursements for the next month:  - $ 70,000

37. Total projected net cash flow for the next month:  = $ 10,000

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
DBA
CASA REAL 1
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*      *Account: -------0617*

| Statement Activity From:<br>04/01/26 to 04/30/26 | | Beginning Balance | $22,769.08 |
|---|---|---|---|
| | | Credits (+) | 81,215.51 |
| | |   Electronic Deposits | 81,215.51 |
| Days in Statement Period | 30 | Debits (-) | 82,703.15 |
| | |   Regular Checks Paid | 32,940.31 |
| Average Ledger Balance* | 17,496.26 |   Electronic Withdrawals | 23,448.76 |
| Average Collected Balance* | 17,496.26 |   Other Debits | 26,314.08 |
| * The above balances correspond to the | | Total Service Charges (-) | 0.00 |
| service charge cycle for this account. | | Ending Balance | $21,281.44 |

## *Other Credits (+)*      *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 04/01 | 1,290.60 | MERCHANT LYNX MERCH DEP 260331 924600999198078 |
| 04/02 | 2,150.35 | MERCHANT LYNX MERCH DEP 260401 924600999198078 |
| 04/03 | 1,893.17 | MERCHANT LYNX MERCH DEP 260402 924600999198078 |
| 04/06 | 2,750.93 | MERCHANT LYNX MERCH DEP 260403 924600999198078 |
| 04/07 | 9,116.40 | MERCHANT LYNX MERCH DEP 260406 924600999198078 |
| 04/08 | 1,994.09 | MERCHANT LYNX MERCH DEP 260407 924600999198078 |
| 04/09 | 1,699.92 | MERCHANT LYNX MERCH DEP 260408 924600999198078 |
| 04/10 | 2,357.82 | MERCHANT LYNX MERCH DEP 260409 924600999198078 |
| 04/13 | 1,933.38 | MERCHANT LYNX MERCH DEP 260410 924600999198078 |
| 04/14 | 12,502.35 | MERCHANT LYNX MERCH DEP 260413 924600999198078 |
| 04/15 | 1,518.60 | MERCHANT LYNX MERCH DEP 260414 924600999198078 |
| 04/16 | 2,035.46 | MERCHANT LYNX MERCH DEP 260415 924600999198078 |
| 04/17 | 1,572.65 | MERCHANT LYNX MERCH DEP 260416 924600999198078 |
| 04/20 | 1,768.54 | MERCHANT LYNX MERCH DEP 260417 924600999198078 |
| 04/21 | 11,320.04 | MERCHANT LYNX MERCH DEP 260420 924600999198078 |
| 04/22 | 2,182.38 | MERCHANT LYNX MERCH DEP 260421 924600999198078 |
| 04/23 | 1,452.64 | MERCHANT LYNX MERCH DEP 260422 924600999198078 |
| 04/24 | 1,499.72 | MERCHANT LYNX MERCH DEP 260423 924600999198078 |
| 04/27 | 1,663.58 | MERCHANT LYNX MERCH DEP 260424 924600999198078 |
| 04/28 | 14,261.99 | MERCHANT LYNX MERCH DEP 260427 924600999198078 |
| 04/29 | 2,080.47 | MERCHANT LYNX MERCH DEP 260428 924600999198078 |
| 04/30 | 2,170.43 | MERCHANT LYNX MERCH DEP 260429 924600999198078 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⑂ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.

## Checks (-)



| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 04/22 | 2,000.00 | 365532 | 04/30 | 2,907.21 | 14933403* |
| 04/30 | 1,800.00 | 365709* | 04/09 | 1,616.21 | 15033250* |
| 04/16 | 2,000.00 | 368490* | 04/08 | 300.00 | 15164576* |
| 04/07 | 7,000.00 | 590189* | 04/06 | 135.00 | 15449424* |
| 04/21 | 4,000.00 | 722118* | 04/10 | 504.38 | 15449425 |
| 04/01 | 1,000.00 | 784882* | 04/06 | 1,714.37 | 15449426 |
| 04/22 | 772.00 | 5449500* | 04/13 | 548.30 | 15449427 |
| 04/27 | 442.40 | 14788575* | 04/07 | 200.00 | 15449428 |
| 04/16 | 1,792.33 | 14788576 | 04/27 | 2,154.33 | 15449501* |
| 04/24 | 530.88 | 14788577 | 04/29 | 200.00 | 15449503* |
| 04/20 | 508.20 | 14788578 | 04/28 | 329.00 | 15449504 |
| 04/06 | 485.70 | 14933325* | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

| Date | Amount | Description |
|------|--------|-------------|
| 04/01 | 90.25 | PURCHASE SHELL OIL 12674515007   SHELL OIL 12674515007 TROY MI XXXXXXXXXXXX2021 |
| 04/01 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO   SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 04/01 | 190.80 | PURCHASE SQ *FLINTPRINTS  SQ *FLINTPRINTS FLINT MI XXXXXXXXXXXX2021 |
| 04/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH   JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 04/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH   JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 04/01 | 562.65 | COMCAST-XFINITY CABLE SVCS   260331 0959598 |
| 04/01 | 1,957.46 | Al Peake & Sons CUSTOMERS  Apr 01 2276 |
| 04/02 | 18.00 | PURCHASE LTFITNESS PRODUCT/SVCS  LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXX2021 |
| 04/02 | 39.88 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/02 | 29.03 | PURCHASE WHOLEFDS RCH 10330   WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/02 | 119.80 | PURCHASE PLUM MARKET WEST BLOO  PLUM MARKET WEST BLOO WEST BLOOMFIE MI XXXXXXXXXXXX2021 |
| 04/02 | 1,200.00 | INTERNET TFR TO CHECKING  040226 XXXXXXX0620 |
| 04/02 | 85.48 | PURCHASE COSTCO GAS #1037   COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 04/02 | 392.16 | Great Lakes Wine FintechEFT   040126 81-0993258 |
| 04/02 | 2,924.07 | MERCHANT LYNX MTHLY DISC  260331 924600999198078 |
| 04/03 | 956.08 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 04/03 | 56.36 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 04/03 | 1,500.00 | INTERNET TFR TO CHECKING  040326 XXXXXXX0620 |
| 04/03 | 481.25 | STATE OF MICHGWL LIQUORSALE  260402 #005464539 |
| 04/03 | 1,195.30 | Rainbow MGA Insu Rainbow MG   ST-C4S6X8A3N7Y1 |


| Date | Amount | Description |
|---|---|---|
| 04/06 | 800.00 | HUNTINGTON ATM CASH WITHDRAWAL   471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 04/06 | 179.46 | PURCHASE COSTCO WHSE #0374   COSTCO WHSE #0374 SHELBY TOWNSH MI XXXXXXXXXXXX2021 |
| 04/06 | 82.35 | PURCHASE COSTCO GAS #1037   COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 04/06 | 250.00 | HUNTINGTON ATM CASH WITHDRAWAL   471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 04/06 | 131.97 | HONOR CAPITAL-ET 0000016   260406 UNI000050638915 Finance Payment 12745337 HONOR CAPIT AL ETI MEXCOL GROUP LLC |
| 04/06 | 341.75 | STATE OF MICHNWS LIQUORSALE   260403 #006002240 |
| 04/08 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO   SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 04/08 | 2,000.00 | INTERNET TFR TO CHECKING   040826 XXXXXXX0620 |
| 04/08 | 2,177.59 | Al Peake & Sons CUSTOMERS   Apr 08 2276 |
| 04/09 | 113.37 | PURCHASE COSTCO WHSE #1037   COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 04/10 | 1,224.87 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 04/10 | 499.00 | PURCHASE AYUDANDO A LA COMUNIDA   AYUDANDO A LA COMUNIDA WHITTIER CA XXXXXXXXXXXX2021 |
| 04/10 | 170.81 | PURCHASE WHOLEFDS RCH 10330   WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/10 | 237.70 | Premium Distribu FINTECHEFT   040926 81-0993258 |
| 04/13 | 300.52 | PURCHASE GREENER PASTURES MARKE   GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 04/13 | 200.00 | HUNTINGTON ATM CASH WITHDRAWAL   801 W BIG BEAVER TROY MI XXXXXXXXXXXX2021 |
| 04/14 | 288.77 | PURCHASE GOV*CLEMIS 48TH DC   GOV*CLEMIS 48TH DC BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 04/14 | 98.25 | PURCHASE ZIG*PEPTIDE 8054298132   ZIG*PEPTIDE 8054298132 SN PEDRO GARZ MX XXXXXXXXXXXX2021 |
| 04/14 | 556.27 | STATE OF MICHGWL LIQUORSALE   260413 #005498890 |
| 04/15 | 500.00 | PURCHASE SQ *ATLAS WHOLESALE FO   SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 04/15 | 587.59 | PURCHASE RESTAURANT DEPOT   RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 04/15 | 148.40 | FABIANO BROS CORP COLL |
| 04/15 | 149.00 | FRESH TECHNOLOGY WEB PMTS   041526 5RHR6S |
| 04/15 | 2,098.99 | Al Peake & Sons CUSTOMERS   Apr 15 2276 |
| 04/16 | 94.22 | PURCHASE EXXON HEATHER ENTERPRI   EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/16 | 1,000.00 | INTERNET TFR TO CHECKING   041626 XXXXXXX0620 |
| 04/16 | 215.00 | DTE ENERGY BILLPAY   260415 DTE RESIDENTIAL |
| 04/17 | 11.84 | PURCHASE SQ *FLINTPRINTS   SQ *FLINTPRINTS FLINT MI XXXXXXXXXXXX2021 |
| 04/17 | 156.76 | PURCHASE COSTCO WHSE #1037   COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 04/17 | 720.63 | STATE OF MICHGWL LIQUORSALE   260416 #005510925 |
| 04/20 | 274.55 | PURCHASE GREENER PASTURES MARKE   GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 04/20 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL   2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/20 | 400.00 | INTERNET TFR TO CHECKING   042026 XXXXXXX0620 |
| 04/20 | 149.30 | PURCHASE U-HAUL AT TEL-NINE   U-HAUL AT TEL-NINE SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 04/20 | 3,103.90 | PURCHASE RESTAURANT EQUIPPERS D   RESTAURANT EQUIPPERS D COLUMBUS OH XXXXXXXXXXXX2021 |
| 04/20 | 452.28 | PURCHASE LTFITNESS PRODUCT/SVCS   LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXX2021 |



## *Other Debits (-)*        *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 04/20 | 123.00 | PURCHASE LTFITNESS PRODUCT/SVCS  LTFITNESS PRODUCT/SVCS CHANHASSEN MN XXXXXXXXXXXX2021 |
| 04/20 | 12.71 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/20 | 146.74 | PURCHASE WHOLEFDS BIR #10641  WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 04/20 | 41.00 | PURCHASE JAX/SUPER/JILLYCARWASH  JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 04/20 | 284.00 | BEST BUY PAYMENT  260417 201989490347617 |
| 04/20 | 1,071.30 | COMCAST-XFINITY CABLE SVCS  260419 7744681 |
| 04/21 | 386.41 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 04/21 | 50.40 | PURCHASE TRADER JOE S #668  TRADER JOE S #668 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/21 | 180.00 | CONSUMERS ENERGY ENERGYBILL  260419 103039608379 |
| 04/21 | 250.00 | CONSUMERS ENERGY ENERGYBILL  260419 103034541229 |
| 04/21 | 280.00 | DTE ENERGY BILLPAY  260420 DTE RESIDENTIAL |
| 04/22 | 91.62 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/22 | 226.00 | PURCHASE SQ *ATLAS WHOLESALE FO  SQ *ATLAS WHOLESALE FO DETROIT MI XXXXXXXXXXXX2021 |
| 04/22 | 33.99 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 04/22 | 430.91 | PURCHASE RESTAURANT EQUIPPERS D  RESTAURANT EQUIPPERS D COLUMBUS OH XXXXXXXXXXXX2021 |
| 04/22 | 2,346.40 | Al Peake & Sons CUSTOMERS  Apr 22 2276 |
| 04/24 | 118.00 | PURCHASE SQ *VITASTIR CLINIC -  SQ *VITASTIR CLINIC - TROY MI XXXXXXXXXXXX2021 |
| 04/24 | 322.00 | PURCHASE BELLE TIRE 033  BELLE TIRE 033 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/24 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  4584 MILLER RD FLINT MI XXXXXXXXXXXX2021 |
| 04/27 | 99.18 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/27 | 15.99 | PURCHASE GOOGLE YOUTUBEPREMIUM  GOOGLE YOUTUBEPREMIUM MOUNTAIN VIEW CA XXXXXXXXXXXX2021 |
| 04/27 | 255.54 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 04/27 | 433.00 | PURCHASE DOVER & COMPANY LLC  DOVER & COMPANY LLC FLINT MI XXXXXXXXXXXX2021 |
| 04/27 | 37.62 | PURCHASE GFS STORE #0904  GFS STORE #0904 FLINT MI XXXXXXXXXXXX2021 |
| 04/27 | 79.20 | PURCHASE COSTCO GAS #1716  COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 04/27 | 94.31 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 04/27 | 15.99 | PURCHASE GOOGLE YOUTUBEPREMIUM  GOOGLE YOUTUBEPREMIUM MOUNTAIN VIEW CA XXXXXXXXXXXX2021 |
| 04/27 | 201.92 | FABIANO BROTHERS INVOICES  4539404/23/26 |
| 04/28 | 18.86 | PURCHASE HONEY BEE MARKET  HONEY BEE MARKET DETROIT MI XXXXXXXXXXXX2021 |
| 04/28 | 173.99 | PURCHASE ALGO ESPECIAL SUPER  ALGO ESPECIAL SUPER DETROIT MI XXXXXXXXXXXX2021 |
| 04/28 | 156.48 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 04/28 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 04/28 | 665.71 | STATE OF MICHGWL LIQUORSALE  260427 #005529210 |
| 04/29 | 350.00 | CONSUMERS ENERGY ENERGYBILL  260428 103034541229 |
| 04/30 | 129.64 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |



## Other Debits (-)
*Account:-------0617*

| Date | Amount | Description |
|------|--------|-------------|
| 04/30 | 1,500.00 | INTERNET TFR TO CHECKING  043026 XXXXXXX0620 |
| 04/30 | 1,195.30 | Rainbow MGA Insu Rainbow MG   ST-E3S3J0G1Z3S4 |
| 04/30 | 2,333.94 | Al Peake & Sons CUSTOMERS  Apr 30 2276 |

## Service Charge Summary
*Account:-------0617*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

## Balance Activity
*Account:-------0617*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/31 | 22,769.08 | 04/10 | 11,961.28 | 04/22 | 16,713.10 |
| 04/01 | 19,660.54 | 04/13 | 12,845.84 | 04/23 | 18,165.74 |
| 04/02 | 17,002.47 | 04/14 | 24,404.90 | 04/24 | 17,694.58 |
| 04/03 | 14,706.65 | 04/15 | 22,439.52 | 04/27 | 15,528.68 |
| 04/06 | 13,336.98 | 04/16 | 19,373.43 | 04/28 | 27,446.63 |
| 04/07 | 15,253.38 | 04/17 | 20,056.85 | 04/29 | 28,977.10 |
| 04/08 | 12,269.88 | 04/20 | 14,258.41 | 04/30 | 21,281.44 |
| 04/09 | 12,240.22 | 04/21 | 20,431.64 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR
TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*          *Account: -------0633*

| Statement Activity From: 04/01/26 to 04/30/26 | | Beginning Balance | $7.86 |
|---|---|---|---|
| | | Total Service Charges (-) | 0.00 |
| | | Ending Balance | $7.86 |
| Days in Statement Period | 30 | | |
| Average Ledger Balance* | 7.86 | | |
| Average Collected Balance* | 7.86 | | |

\* The above balances correspond to the
service charge cycle for this account.

## *Service Charge Summary*                          *Account:-------0633*

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Total Service Charges (-) | $0.00 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⟨⟩ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

 **Huntington**

## IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES

### EFFECTIVE JUNE 1, 2026

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*  *Account: -------0620*

| Statement Activity From:<br>04/01/26 to 04/30/26 | | Beginning Balance | $175.40 |
|---|---|---|---|
| | | Credits (+) | 7,600.00 |
| | | Other Credits | 7,600.00 |
| Days in Statement Period | 30 | Debits (-) | 6,667.23 |
| | | Regular Checks Paid | 4,721.87 |
| Average Ledger Balance* | 217.76 | Electronic Withdrawals | 1,945.36 |
| Average Collected Balance* | 217.76 | Total Service Charges (-) | 72.00 |
| | | Ending Balance | $1,036.17 |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*  *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 04/02 | 1,200.00 | INTERNET TFR FRM CHECKING  040226 XXXXXXX0617 |
| 04/03 | 1,500.00 | INTERNET TFR FRM CHECKING  040326 XXXXXXX0617 |
| 04/08 | 2,000.00 | INTERNET TFR FRM CHECKING  040826 XXXXXXX0617 |
| 04/16 | 1,000.00 | INTERNET TFR FRM CHECKING  041626 XXXXXXX0617 |
| 04/20 | 400.00 | INTERNET TFR FRM CHECKING  042026 XXXXXXX0617 |
| 04/30 | 1,500.00 | INTERNET TFR FRM CHECKING  043026 XXXXXXX0617 |

## *Checks (-)*  *Account:-------0620*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/06 | 189.16 | 10006 | 04/22 | 83.71 | 10013 |
| 04/22 | 119.91 | 10007 | 04/20 | 266.82 | 10017* |
| 04/03 | 943.86 | 10008 | 04/08 | 2,000.00 | 940145* |
| 04/06 | 357.31 | 10011* | 04/16 | 647.00 | 13596790* |
| 04/22 | 114.10 | 10012 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous
statement or 4) been included in a list of checks.

## *Other Debits (-)*  *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 04/02 | 66.69 | MEXCOL GROUP LLC BILLING  032926 1237 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ᴵⁿ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington
Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others
pending. ©2026 Huntington Bancshares Incorporated.

26-41179-mar   Doc 48   Filed 05/07/26   Entered 05/07/26 15:47:10   Page 12 of 14

 **Huntington**

## Other Debits (-)  ·  *Account:-------0620*

| Date | Amount | Description |
|---|---|---|
| 04/02 | 1,208.21 | MEXCOL GROUP LLC TAX  032926 1237 |
| 04/17 | 118.62 | MEXCOL GROUP LLC BILLING  041226 1237 |
| 04/30 | 64.76 | MEXCOL GROUP LLC BILLING  042626 1237 |
| 04/30 | 487.08 | MEXCOL GROUP LLC TAX  042626 1237 |

## Service Charge Detail  ·  *Account:-------0620*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/14 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/16 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/20 | 36.00 | | RETURNED NSF ITEM FEE |
| 04/16 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## Service Charge Summary  ·  *Account:-------0620*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| Other Charges (-) | 108.00 |
| Other Credits (+) | 36.00 |
| **Total Service Charges (-)** | **$72.00** |

## Balance Activity  ·  *Account:-------0620*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 175.40 | 04/08 | 110.17 | 04/20 | 405.73 |
| 04/02 | 100.50 | 04/14 | 74.17 | 04/22 | 88.01 |
| 04/03 | 656.64 | 04/16 | 427.17 | 04/30 | 1,036.17 |
| 04/06 | 110.17 | 04/17 | 308.55 | | |

---

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

V

26-41179-mar   Doc 48   Filed 05/07/26   Entered 05/07/26 15:47:10   Page 13 of 14



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.