UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Chapter 11

Mexcol Group LLC,                                         Case No. 26-41179

        Debtor.                                           Hon. Mark A. Randon

_____/

## **<u>AMENDED SCHEDULING ORDER</u>**

On June 12, 2026, the Court entered a stipulated order withdrawing Debtor's amended

plan.  Pursuant to that order, the Court extends the dates and deadlines as follows:

1.      The deadline for the debtor to file a second amended plan is *June 26, 2026*.

2.      The deadline to return ballots on the plan, as well as to file objections to confirmation of the plan is *August 3, 2026*.

3.      No later than *August 10, 2026*, the debtor must file a signed ballot summary indicating the ballot count under 11 U.S.C. § 1126(c) & (d).  A copy of all ballots must be attached to this summary.

4.      The hearing on confirmation of the plan will be held IN PERSON on *August 17, 2026, at 11:00 a.m.*

**IT IS ORDERED**.
**Signed on June 14, 2026**



/s/ **Mark A. Randon**
_____

**Mark A. Randon**
**United States Bankruptcy Judge**