## Fill in this information to identify the case:

Debtor name **Mexcol Group LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN - EDMI**

Case number: **26-41179**

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**     12/17

Month: **May 2026**

Date report filed: **06/22/2026**
MM/DD/YYYY

Line of business: **Mexican Restaurant**

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jose Alberto Pimental

Original signature of responsible party _____

Printed name of responsible party    Jose Alberto Pimental

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ **22,325.47**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Software Copyright (c) 1996-2025 Best Case, LLC. - www.bestcase.com

26-41179-mar   Doc 61   Filed 06/22/26   Entered 06/22/26 09:44:09   Page 1 of 12

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                $ __114,640.24__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.              - $ __87,265.27__

22. **Net case flow**                             + $ __27,374.97__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.       = $ __49,700.44__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                            $ __0__
    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                         $ __0__
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          $ __15__

27. What is the number of employees as of the date of this monthly report?     $ __15__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ __0__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ __0__

30. How much have you paid this month in other professional fees? $ __0__

31. How much have you paid in total other professional fees since filing the case? $ __0__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
| --- | --- | --- | --- |
| | **Projected** − | **Actual** = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 80,000 | − $ 114,640.24 | $ (34,640.24) |
| 33. **Cash disbursements** | $ 70,000 | − $ 87,265.27 | $ (17,265.27) |
| 34. **Net cash flow** | $ 10,000 | − $ 27,374.97 | $ (17,374.97) |

35. Total projected cash receipts for the next month: $ __110,000__

36. Total projected cash disbursements for the next month: − $ __90,000__

37. Total projected net cash flow for the next month: = $ __20,000__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

[✔] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

[ ] 39. Bank reconciliation reports for each account.

[ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

[ ] 41. Budget, projection, or forecast reports.

[ ] 42. Project, job costing, or work-in-progress reports.

26-41179-mar    Doc 61    Filed 06/22/26    Entered 06/22/26 09:44:09    Page 3 of 12

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
DBA
CASA REAL 1
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*      *Account: -------0617*

| Statement Activity From:<br>05/01/26 to 05/31/26 | | Beginning Balance | $21,281.44 |
|---|---|---|---|
| | | Credits (+) | 114,640.24 |
| | |   Electronic Deposits | 114,640.24 |
| Days in Statement Period | 31 | Debits (-) | 87,383.49 |
| | |   Regular Checks Paid | 38,516.11 |
| | |   Electronic Withdrawals | 25,634.87 |
| Average Ledger Balance* | 38,130.04 |   Other Debits | 23,232.51 |
| Average Collected Balance* | 38,130.04 | Total Service Charges (-) | 16.45 |
| | | Ending Balance | $48,521.74 |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*      *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 05/01 | 2,312.65 | MERCHANT LYNX MERCH DEP  260430 924600999198078 |
| 05/04 | 2,725.59 | MERCHANT LYNX MERCH DEP  260501 924600999198078 |
| 05/05 | 13,644.28 | MERCHANT LYNX MERCH DEP  260504 924600999198078 |
| 05/06 | 1,503.71 | MERCHANT LYNX MERCH DEP  260505 924600999198078 |
| 05/07 | 13,778.69 | MERCHANT LYNX MERCH DEP  260506 924600999198078 |
| 05/08 | 2,685.57 | MERCHANT LYNX MERCH DEP  260507 924600999198078 |
| 05/11 | 1,657.86 | MERCHANT LYNX MERCH DEP  260508 924600999198078 |
| 05/12 | 23,835.52 | MERCHANT LYNX MERCH DEP  260511 924600999198078 |
| 05/13 | 4,148.96 | MERCHANT LYNX MERCH DEP  260512 924600999198078 |
| 05/14 | 2,240.46 | MERCHANT LYNX MERCH DEP  260513 924600999198078 |
| 05/15 | 2,484.80 | MERCHANT LYNX MERCH DEP  260514 924600999198078 |
| 05/18 | 3,363.08 | MERCHANT LYNX MERCH DEP  260515 924600999198078 |
| 05/19 | 14,379.41 | MERCHANT LYNX MERCH DEP  260518 924600999198078 |
| 05/20 | 1,057.67 | MERCHANT LYNX MERCH DEP  260519 924600999198078 |
| 05/21 | 2,535.08 | MERCHANT LYNX MERCH DEP  260520 924600999198078 |
| 05/22 | 2,152.81 | MERCHANT LYNX MERCH DEP  260521 924600999198078 |
| 05/26 | 10,733.96 | MERCHANT LYNX MERCH DEP  260525 924600999198078 |
| 05/26 | 2,059.53 | MERCHANT LYNX MERCH DEP  260522 924600999198078 |
| 05/27 | 3,518.43 | MERCHANT LYNX MERCH DEP  260526 924600999198078 |
| 05/28 | 2,052.78 | MERCHANT LYNX MERCH DEP  260527 924600999198078 |
| 05/29 | 1,769.40 | MERCHANT LYNX MERCH DEP  260528 924600999198078 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.


| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/19 | 6,000.00 | 297032 | 05/20 | 744.80 | 15380446 |
| 05/05 | 6,000.00 | 365797* | 05/18 | 2,359.44 | 15380448* |
| 05/07 | 2,000.00 | 554695* | 05/26 | 584.80 | 15380449 |
| 05/26 | 3,000.00 | 592086* | 05/08 | 55.00 | 15449371* |
| 05/21 | 2,000.00 | 783007* | 05/01 | 462.20 | 15449502* |
| 05/15 | 2,500.00 | 801585* | 05/04 | 2,000.00 | 15449558* |
| 05/26 | 200.00 | 13596915* | 05/06 | 20.00 | 15449559 |
| 05/27 | 1,455.47 | 13596916 | 05/06 | 592.38 | 15449560 |
| 05/29 | 1,358.42 | 13596918* | 05/06 | 335.00 | 15449561 |
| 05/01 | 178.00 | 14788574* | 05/11 | 270.00 | 15449562 |
| 05/11 | 479.80 | 14933402* | 05/12 | 258.00 | 15684298* |
| 05/07 | 716.15 | 14933404* | 05/12 | 377.00 | 15684299 |
| 05/04 | 772.00 | 14933405 | 05/19 | 893.60 | 15684300 |
| 05/01 | 135.00 | 14933406 | 05/12 | 230.00 | 15684301 |
| 05/18 | 1,735.35 | 15380445* | 05/18 | 803.70 | 15684302 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)     *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 05/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH   JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 05/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH   JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 05/01 | 138.00 | PURCHASE SQ *VITASTIR CLINIC -   SQ *VITASTIR CLINIC - BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 05/01 | 626.67 | STATE OF MICHGWL LIQUORSALE  260430 #005551351 |
| 05/01 | 866.75 | Premium Distribu FINTECHEFT  043026 81-0993258 |
| 05/04 | 493.28 | PURCHASE LTF*LIFE TIME MO DUES  LTF*LIFE TIME MO DUES CHANHASSEN MN XXXXXXXXXXXX2021 |
| 05/04 | 153.75 | PURCHASE LIFE TIME PROD & SERV  LIFE TIME PROD & SERV CHANHASSEN MN XXXXXXXXXXXX2021 |
| 05/04 | 40.16 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/04 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/04 | 100.00 | PURCHASE COSTCO GAS #1037  COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 05/04 | 219.62 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 05/04 | 179.09 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/04 | 1,200.00 | PURCHASE CHARTER TOWNSHIP OF  CHARTER TOWNSHIP OF FLINT MI XXXXXXXXXXXX2021 |
| 05/04 | 100.00 | PURCHASE COSTCO GAS #1716  COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 05/04 | 110.95 | FABIANO BROTHERS INVOICES  4539404/30/26 |
| 05/04 | 138.24 | HONOR CAPITAL-ET 0000011   260504 UNI000050823235 Finance Payment 12745337 HONOR CAPIT AL ETI MEXCOL GROUP LLC |
| 05/04 | 402.84 | STATE OF MICHNWS LIQUORSALE  260501 #006601868 |
| 05/04 | 1,192.50 | STATE OF MICH MLCC AIMS  260430 043000093263212 |


## Other Debits (-)                                     *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 05/04 | 3,072.42 | MERCHANT LYNX MTHLY DISC  260430 924600999198078 |
| 05/05 | 36.00 | PURCHASE UTILITY PAYMENT SERVIC  UTILITY PAYMENT SERVIC JONESBORO AR XXXXXXXXXXXX2021 |
| 05/05 | 1,100.00 | PURCHASE CHARTER TOWNSHIP OF  CHARTER TOWNSHIP OF FLINT MI XXXXXXXXXXXX2021 |
| 05/05 | 33.00 | PURCHASE UTILITY PAYMENT SERVIC  UTILITY PAYMENT SERVIC JONESBORO AR XXXXXXXXXXXX2021 |
| 05/05 | 383.41 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/05 | 197.70 | PURCHASE SL FH PRODUCE, LLC  SL FH PRODUCE, LLC DETROIT MI XXXXXXXXXXXX2021 |
| 05/05 | 275.24 | CONSUMERS ENERGY ENERGYBILL  260504 103039608379 |
| 05/06 | 313.27 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 05/06 | 257.03 | PURCHASE RESTAURANT EQUIPPERS D  RESTAURANT EQUIPPERS D COLUMBUS OH XXXXXXXXXXXX2021 |
| 05/06 | 306.00 | COMCAST-XFINITY CABLE SVCS  260505 3485348 |
| 05/06 | 375.00 | CONIFER INSURANC INS PREMIU  260505 |
| 05/06 | 2,348.43 | Al Peake & Sons CUSTOMERS  May 06 2276 |
| 05/07 | 80.00 | PURCHASE TREEHOUSE FOR EARTHS  TREEHOUSE FOR EARTHS FARMINGTON MI XXXXXXXXXXXX2021 |
| 05/07 | 139.97 | PURCHASE WHOLEFDS BIR #10641  WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 05/08 | 107.41 | PURCHASE SPEEDWAY 44482  SPEEDWAY 44482 FLINT MI XXXXXXXXXXXX2021 |
| 05/08 | 151.81 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 05/08 | 312.80 | Tri-County Bever FintechEFT  050726 81-0993258 |
| 05/11 | 748.25 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/11 | 299.61 | PURCHASE GREENER PASTURES MARKE  GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 05/11 | 46.05 | PURCHASE THE HOME DEPOT #2743  THE HOME DEPOT #2743 ORION MI XXXXXXXXXXXX2021 |
| 05/11 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/11 | 95.53 | PURCHASE COSTCO GAS #1037  COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 05/11 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 05/11 | 119.00 | FRESH TECHNOLOGY WEB PMTS  051126 CLMVBS |
| 05/11 | 300.00 | DTE ENERGY BILLPAY  260510 DTE RESIDENTIAL |
| 05/12 | 111.77 | PURCHASE U-HAUL AT 13 MILE & RY  U-HAUL AT 13 MILE & RY WARREN MI XXXXXXXXXXXX2021 |
| 05/12 | 476.27 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/12 | 502.10 | PURCHASE POINTE DAIRY SERVICES  POINTE DAIRY SERVICES TROY MI XXXXXXXXXXXX2021 |
| 05/13 | 475.34 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/13 | 41.62 | PURCHASE MEXICAN TOWN BAKERY  MEXICAN TOWN BAKERY DETROIT MI XXXXXXXXXXXX2021 |
| 05/13 | 93.93 | PURCHASE COSTCO GAS #1716  COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 05/13 | 212.11 | PURCHASE COSTCO WHSE #1716  COSTCO WHSE #1716 FLINT MI XXXXXXXXXXXX2021 |
| 05/13 | 160.00 | DTE ENERGY BILLPAY  260512 DTE RESIDENTIAL |
| 05/13 | 700.00 | CONSUMERS ENERGY ENERGYBILL  260512 103055225488 |
| 05/13 | 3,699.80 | Al Peake & Sons CUSTOMERS  May 13 2276 |
| 05/14 | 367.04 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 05/14 | 48.26 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 05/14 | 74.71 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/14 | 526.66 | PURCHASE GOLD STAR PRODUCTS INC  GOLD STAR PRODUCTS INC OAK PARK MI XXXXXXXXXXXX2021 |
| 05/14 | 80.00 | PURCHASE TREEHOUSE FOR EARTHS  TREEHOUSE FOR EARTHS FARMINGTON MI XXXXXXXXXXXX2021 |

26-41179-mar   Doc 61   Filed 06/22/26   Entered 06/22/26 09:44:09   Page 6 of 12



## *Other Debits (-)*

| Date | Amount | Description |
|------|--------|-------------|
| 05/15 | 202.63 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/15 | 1,500.00 | INTERNET TFR TO CHECKING  051526 XXXXXXX0620 |
| 05/15 | 556.39 | STATE OF MICHGWL LIQUORSALE  260514 #005591982 |
| 05/18 | 143.24 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/18 | 100.00 | PURCHASE COSTCO GAS #1037  COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 05/18 | 177.56 | PURCHASE WHOLEFDS BIR #10641  WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 05/18 | 1,000.00 | INTERNET TFR TO CHECKING  051826 XXXXXXX0620 |
| 05/18 | 130.00 | BEST BUY AUTO PYMT  260517 711989491479304 |
| 05/18 | 157.00 | COMCAST-XFINITY CABLE SVCS  260516 7389868 |
| 05/19 | 314.14 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/19 | 300.00 | INTERNET TFR TO CHECKING  051926 XXXXXXX0620 |
| 05/19 | 264.60 | STATE OF MICHIMP LIQUORSALE  260518 #006215457 |
| 05/20 | 40.99 | PURCHASE JAX/SUPER/JILLYCARWASH  JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 05/20 | 400.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 05/20 | 516.07 | COMCAST-XFINITY CABLE SVCS  260519 8313914 |
| 05/20 | 2,366.89 | Al Peake & Sons CUSTOMERS  May 20 2276 |
| 05/21 | 48.26 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 05/21 | 80.19 | PURCHASE COSTCO GAS #1716  COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 05/22 | 746.45 | PURCHASE OAKLAND COUNTY MI  OAKLAND COUNTY MI PONTIAC MI XXXXXXXXXXXX2021 |
| 05/22 | 26.13 | PURCHASE G2GCHARGE COM SERVICE  G2GCHARGE COM SERVICE PONTIAC MI XXXXXXXXXXXX2021 |
| 05/22 | 73.24 | PURCHASE WHOLEFDS RCH 10330  WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/22 | 138.00 | PURCHASE SQ *VITASTIR CLINIC -  SQ *VITASTIR CLINIC - TROY MI XXXXXXXXXXXX2021 |
| 05/22 | 144.40 | FABIANO BROTHERS INVOICES  4539405/20/26 |
| 05/22 | 673.40 | Premium Distribu FINTECHEFT  052126 81-0993258 |
| 05/26 | 189.74 | PURCHASE THE HOME DEPOT #2743  THE HOME DEPOT #2743 ORION MI XXXXXXXXXXXX2021 |
| 05/26 | 133.53 | PURCHASE WHOLEFDS BIR #10641  WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 05/26 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL  471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 05/26 | 116.53 | PURCHASE EXXON HEATHER ENTERPRI  EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 05/26 | 225.00 | PURCHASE SQ *APOSTOLIC CHURCH O  SQ *APOSTOLIC CHURCH O AUBURN HILLS MI XXXXXXXXXXXX2021 |
| 05/26 | 2,000.00 | INTERNET TFR TO CHECKING  052626 XXXXXXX0620 |
| 05/26 | 114.75 | Rewards Network SETTLEMENT  260525 39454-031091550 |
| 05/26 | 132.31 | Rewards Network SETTLEMENT  260525 39454-031091549 |
| 05/26 | 132.67 | Rewards Network SETTLEMENT  260525 39454-031091548 |
| 05/27 | 15.99 | PURCHASE GOOGLE YOUTUBEPREMIUM  GOOGLE YOUTUBEPREMIUM MOUNTAIN VIEW CA XXXXXXXXXXXX2021 |
| 05/27 | 38.61 | Rewards Network SETTLEMENT  260527 39459-031103148 |
| 05/27 | 152.64 | STATE OF MICHIMP LIQUORSALE  260525 #006231742 |
| 05/27 | 482.56 | STATE OF MICHGWL LIQUORSALE  260525 #005618134 |
| 05/27 | 2,865.94 | Al Peake & Sons CUSTOMERS  May 27 2276 |

26-41179-mar   Doc 61   Filed 06/22/26   Entered 06/22/26 09:44:09   Page 7 of 12



## Other Debits (-)
*Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 05/28 | 436.20 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 05/28 | 315.91 | PURCHASE COSTCO WHSE #1037  COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 05/28 | 1,900.00 | DTE ENERGY BILLPAY  260527 DTE COMMERCIAL |
| 05/29 | 174.00 | PURCHASE CINTAS CORP  CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 05/29 | 20.30 | PURCHASE MARATHON 53504  MARATHON 53504 GRAND BLANC MI XXXXXXXXXXXX2021 |
| 05/29 | 1,067.97 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 05/29 | 25.78 | PURCHASE SPEEDWAY 44275  SPEEDWAY 44275 ROCHESTER HIL MI XXXXXXXXXXXX2021 |

## Service Charge Detail
*Account:-------0617*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 05/18 | 2.95 | | INTL DEBIT CARD TRANS FEES |
| 05/18 | 13.50 | | EXCESS TRANSACTION FEE |

## Service Charge Summary
*Account:-------0617*

| | |
|---|---|
| Previous Month Service Charges (-) | $16.45 |
| Total Service Charges (-) | $16.45 |

## Balance Activity
*Account:-------0617*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 21,281.44 | 05/11 | 25,416.50 | 05/20 | 45,268.94 |
| 05/01 | 21,089.49 | 05/12 | 47,296.88 | 05/21 | 45,675.57 |
| 05/04 | 12,640.23 | 05/13 | 46,063.04 | 05/22 | 46,026.76 |
| 05/05 | 18,259.16 | 05/14 | 47,206.83 | 05/26 | 51,490.92 |
| 05/06 | 15,215.76 | 05/15 | 44,932.61 | 05/27 | 49,998.14 |
| 05/07 | 26,058.33 | 05/18 | 41,672.95 | 05/28 | 49,398.81 |
| 05/08 | 28,116.88 | 05/19 | 48,280.02 | 05/29 | 48,521.74 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001  or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001  or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

 

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR DIGITAL SERVICES**

**EFFECTIVE JUNE 22, 2026**

We made the following changes to your business checking account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 22, 2026, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 22, 2026, the updated terms and /or fees for the impacted account services are as follows:

- In Section 1, titled 'Everyday Transactions,' a Wire Transfer - Domestic Outgoing fee is added in the amount of $25.00, with the description 'For each outgoing domestic wire initiated online.' The fee for each outgoing domestic wire initiated by a Huntington colleague remains $50.00.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



MEXCOL GROUP, LLC
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Business Checking 100     *Account:* -------*0620*

| Statement Activity From: 05/01/26 to 05/31/26 | | | |
|---|---|---|---|
| **Beginning Balance** | | $1,036.17 | |
| **Credits (+)** | | 4,800.00 | |
| Other Credits | | 4,800.00 | |
| Days in Statement Period | 31 | **Debits (-)** | 4,657.47 |
| | | Regular Checks Paid | 2,550.69 |
| Average Ledger Balance* | 375.55 | Electronic Withdrawals | 2,106.78 |
| Average Collected Balance* | 375.55 | **Total Service Charges (-)** | 0.00 |
| * The above balances correspond to the service charge cycle for this account. | | **Ending Balance** | $1,178.70 |

## Other Credits (+)     *Account:*-------*0620*

| Date | Amount | Description |
|---|---|---|
| 05/15 | 1,500.00 | INTERNET TFR FRM CHECKING  051526 XXXXXXX0617 |
| 05/18 | 1,000.00 | INTERNET TFR FRM CHECKING  051826 XXXXXXX0617 |
| 05/19 | 300.00 | INTERNET TFR FRM CHECKING  051926 XXXXXXX0617 |
| 05/26 | 2,000.00 | INTERNET TFR FRM CHECKING  052626 XXXXXXX0617 |

## Checks (-)     *Account:*-------*0620*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/04 | 197.45 | 10010 | 05/01 | 301.29 | 10022 |
| 05/29 | 39.20 | 10015* | 05/18 | 41.27 | 10025* |
| 05/04 | 230.20 | 10016 | 05/15 | 188.01 | 10027* |
| 05/20 | 128.59 | 10018* | 05/18 | 325.27 | 10028 |
| 05/04 | 145.85 | 10019 | 05/18 | 516.19 | 10029 |
| 05/29 | 60.52 | 10020 | 05/19 | 250.00 | 15380451* |
| 05/04 | 126.85 | 10021 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)     *Account:*-------*0620*

| Date | Amount | Description |
|---|---|---|
| 05/15 | 68.62 | MEXCOL GROUP LLC BILLING  051026 1237 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.



## Other Debits (-)
Account:-------0620

| Date | Amount | Description |
|---|---|---|
| 05/15 | 1,188.91 | MEXCOL GROUP LLC TAX  051026 1237 |
| 05/28 | 68.62 | MEXCOL GROUP LLC BILLING  052426 1237 |
| 05/28 | 780.63 | MEXCOL GROUP LLC TAX  052426 1237 |

## Service Charge Detail
Account:-------0620

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 05/15 | 36.00 | | RETURNED NSF ITEM FEE |
| 05/19 | 36.00 | | RETURNED NSF ITEM FEE |
| 05/15 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |
| 05/19 | | 36.00 | 24-HOUR GRACE RETURNED NSF FEE WAIVER |

## Service Charge Summary
Account:-------0620

| | |
|---|---|
| Previous Month Service Charges (-) | $0.00 |
| Other Charges (-) | 72.00 |
| Other Credits (+) | 72.00 |
| Total Service Charges (-) | $0.00 |

## Balance Activity
Account:-------0620

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 1,036.17 | 05/18 | 206.26 | 05/28 | 1,278.42 |
| 05/01 | 734.88 | 05/19 | 256.26 | 05/29 | 1,178.70 |
| 05/04 | 34.53 | 05/20 | 127.67 | | |
| 05/15 | 88.99 | 05/26 | 2,127.67 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

26-41179-mar   Doc 61   Filed 06/22/26   Entered 06/22/26 09:44:09   Page 11 of 12



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR DIGITAL SERVICES**

**EFFECTIVE JUNE 22, 2026**

We made the following changes to your business checking account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 22, 2026, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 22, 2026, the updated terms and /or fees for the impacted account services are as follows:

- In Section 1, titled 'Everyday Transactions,' a Wire Transfer - Domestic Outgoing fee is added in the amount of $25.00, with the description 'For each outgoing domestic wire initiated online.' The fee for each outgoing domestic wire initiated by a Huntington colleague remains $50.00.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026,** and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026,** indicates your acceptance of the changes.