3153 (Rev. 01-19)

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

| | | | |
|---|---|---|---|
| In re: | MEXCOL GROUP LLC DBA CASA REAL | Case No.: | 26-41179 |
| | 21 S WASHINGTON ST | Chapter: | 11 |
| | OXFORD, MI 48371-4978 | Honorable | MARK A RANDON |
| | | | |
| | Debtor | | |

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | Claim No. | $ |
|---|---|---|
| Secured: Claim No. | 6-1 | $ 75136.93 |
| Priority: Claim No. | 6-1 | $ 60201.29 |
| Unsecured: Claim No. | 6-1 | $ 10994.46 |
| Administrative: Claim No. | | $ |

Total to be withdrawn: $ 146,332.68

/S/ Latrice Russell

Director
Collection Services Bureau
Michigan Department of Treasury

P.O. BOX 30443 • LANSING, MICHIGAN 48909-7943
www.michigan.gov/treasury • 517-636-5265