**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

In Re: Mexcol Group, LLC

Case No. 26-41179
Ch. 11
Judge: Mark A. Randon

Debtor.
_______________________________/

CORRECTED
**REPORT ON TABULATION OF VOTES CAST BY THE CREDITORS ON THE DEBTOR'S PLAN OF REORGANIZATION**

Mexcol Group, LLC (the "Debtor"), through its counsel, submits this ballot report of the tabulation of all votes accepting and rejecting the Plan of Reorganization of Mexcol Group, LLC and states as follows:

1. On June 26, 2026 the Debtor filed its Second Amended Plan of Reorganization of Mexcol Group, LLC [Docket No. 60 (the Plan").

2. On June 14, 2026, the Court entered the Order Scheduling Confirmation Hearing and Setting Related Deadlines. [Docket No. 64] (the "Order").

3. On June 29, Debtor filed a Proof of Service with respect to the Solicitation of Ballots.

4. The Plan, the ballots and the Order, (which provided notice regarding the Confirmation Hearing and related deadlines for objecting to the Plan), and related materials were transmitted and served as required by the Order in compliance with the Bankruptcy Code, the Bankruptcy Rules, and all applicable local bankruptcy

rules, and such transmittal and service constitute proper and sufficient notice reasonably calculated, under the circumstances, to apprise creditors and interested parties of the pendency of the Plan and the Confirmation Hearing and afford them an opportunity to present their objections and no other or further notice is or will be required.

5. Pursuant to the Plan Procedures Order, the deadline for creditors to file ballots signifying their vote to accept or reject the plan is June 15, 2026.

6. Pursuant to the Order, Debtor is required to prepare a ballot report and file it with the Court on or before August 10, 2026.

7. The tabulation of votes regarding the Plan is attached as Exhibit A.

WHEREFORE, Debtor respectfully submits this ballot report and tabulation.

Dated: 8-13-26

Respectfully Submitted:

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 S. Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com

EXHIBIT "A"

## TABULATION OF BALLOTS

| | Total Ballots Cast | Number of Accepted Ballots[1] | Percentage of Accepting Votes | Amount of Accepting Ballots | Amount of Rejected Votes | Percentage of Money Accepting | Class Outcome |
|---|---|---|---|---|---|---|---|
| **Class 1:** **State of Michigan** | **0** | **0** | **0** | **0** | **0** | **0** | **Class neither accepts or rejects** |
| **Class 2:** **Harvest Small Business Finance LLC** | **1** | **0** | **0** | **0** | **1,814,754.96** | **0** | **Class rejects** |
| **Class 3:** **State of Michigan** | **0** | **0** | **0** | **0** | **0** | **0** | **Class neither accepts or rejects** |
| **Class 4: Allowed Unsecured Creditors** | **2** | **0** | **0** | **0** | **781,752.33** | **0** | **Class rejects** |

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Mexcol Group LLC

Case no. 26-41179
Ch. 11
Judge: Mark A. Randon

Debtor.
Colony Bank /

## CLASS [ ] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Bankruptcy Law Office filed an Second Amended Plan of Reorganization dated 6/26/2026 (the "Plan") for the Debtor in this case.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Bankruptcy Law Office, 2425 S. Linden Rd., Ste. C, Flint, MI 48532, on or before August 3, 2026 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

*(Check one box only)*

[ ] ACCEPTS THE PLAN

[✓] REJECTS THE PLAN

Dated: 7/10/2026

Print or type name:

Signature: [signature]

Address: Stephen Herman
10115 Crown Ridge Dr, Suite 103

Covington, GA 30014

RETURN THIS BALLOT TO:
Bankruptcy Law Office
George E. Jacobs
2425 S. Linden Rd., Ste. C
Flint, MI 48532

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Mexcol Group LLC

Case no. 26-41179
Ch. 11
Judge: Mark A. Randon

Debtor.
_______________________/

**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**Bankruptcy Law Office filed an Second Amended Plan of Reorganization dated 6/26/2026 (the "Plan") for the Debtor in this case.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Bankruptcy Law Office, 2425 S. Linden Rd., Ste. C, Flint, MI 48532, on or before August 3, 2026 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(Check one box only)*

[ ] ACCEPTS THE PLAN

[X] REJECTS THE PLAN

Dated: Jul 30th, 2026

Print or type name: Eric Jiang, VP, Special Assets Deputy Manager, Harvest Small Business Finance

Signature: [signature]

Address: 24422 Avenida De La Carlota Suite 400
Laguna Hills, CA 92653

_______________________

RETURN THIS BALLOT TO:
Bankruptcy Law Office
George E. Jacobs
2425 S. Linden Rd., Ste. C
Flint, MI 48532

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re: Mexcol Group LLC

Case no. 26-41179
Ch. 11
Judge: Mark A. Randon

Debtor.
______________________/

### CLASS [2] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

**Bankruptcy Law Office filed an Second Amended Plan of Reorganization dated 6/26/2026 (the "Plan") for the Debtor in this case.**

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Bankruptcy Law Office, 2425 S. Linden Rd., Ste. C, Flint, MI 48532, on or before August 3, 2026 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

*(Check one box only)*

[ ] ACCEPTS THE PLAN

[X] REJECTS THE PLAN

Dated: Jul 30th, 2026

Print or type name: Eric Jiang, VP, Special Assets Deputy Manager, Harvest Small Business Finance

Signature: [signature]

Address: 24422 Avenida De La Carlota Suite 400
Laguna Hills, CA 92653

RETURN THIS BALLOT TO:
Bankruptcy Law Office
George E. Jacobs
2425 S. Linden Rd., Ste. C
Flint, MI 48532