**Fill in this information to identify the case:**

Debtor name: **Mexcol Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN - EDMI

Case number: **26-41179**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 — 12/17

Month: **June 2026** Date report filed: **8/13/2026** (MM/DD/YYYY)

Line of business: **Mexican Restaurant** NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: **Jose Alberto Pimental**

Original signature of responsible party: [signature]

Printed name of responsible party: **Jose Alberto Pimental**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 49,700.44

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**


Software Copyright (c) 1996-2025 Best Case, LLC. - www.bestcase.com

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ **95,255.40**

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ **93,832.84**

22. **Net case flow** + $ **1422.56**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ **51,123**

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ **0**
*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ **0**
*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? $ **15**

27. What is the number of employees as of the date of this monthly report? $ **15**

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ **0**

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ **0**

30. How much have you paid this month in other professional fees? $ 0

31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|---|
| 32. | **Cash receipts** | $ 110,000 | - | $ 95,255.40 | = | $ 64,744.60 |
| 33. | **Cash disbursements** | $ 90,000 | - | $ 93,832.34 | = | $ (3832.24) |
| 34. | **Net cash flow** | $ 20,000 | - | $ 1423.06 | = | $ (7374.97) |

35. Total projected cash receipts for the next month: $ 100,000

36. Total projected cash disbursements for the next month: - $ 86,000

37. Total projected net cash flow for the next month: = $ 14,000

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

Huntington

MEXCOL GROUP, LLC
DBA
CASA REAL 1
3695 SLEEPY FOX DR
ROCHESTER HLS MI 48309-4518

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Business Checking 100* — *Account: -------0617*

**Statement Activity From:**
**06/01/26 to 06/30/26**

| | |
|---|---|
| Days in Statement Period | 30 |
| Average Ledger Balance* | 49,852.12 |
| Average Collected Balance* | 49,852.12 |

* The above balances correspond to the service charge cycle for this account.

| | |
|---|---|
| **Beginning Balance** | **$48,521.74** |
| **Credits (+)** | **95,255.40** |
| Electronic Deposits | 95,255.40 |
| **Debits (-)** | **97,291.65** |
| Regular Checks Paid | 43,952.11 |
| Electronic Withdrawals | 27,648.64 |
| Other Debits | 25,690.90 |
| **Total Service Charges (-)** | **27.50** |
| **Ending Balance** | **$46,457.99** |

## *Other Credits (+)* — *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 06/01 | 2,480.67 | MERCHANT LYNX MERCH DEP 260529 924600999198078 |
| 06/02 | 12,707.41 | MERCHANT LYNX MERCH DEP 260601 924600999198078 |
| 06/03 | 1,421.53 | MERCHANT LYNX MERCH DEP 260602 924600999198078 |
| 06/04 | 3,001.78 | MERCHANT LYNX MERCH DEP 260603 924600999198078 |
| 06/05 | 1,436.31 | MERCHANT LYNX MERCH DEP 260604 924600999198078 |
| 06/08 | 3,014.98 | MERCHANT LYNX MERCH DEP 260605 924600999198078 |
| 06/09 | 11,084.85 | MERCHANT LYNX MERCH DEP 260608 924600999198078 |
| 06/10 | 1,541.30 | MERCHANT LYNX MERCH DEP 260609 924600999198078 |
| 06/11 | 1,778.88 | MERCHANT LYNX MERCH DEP 260610 924600999198078 |
| 06/12 | 2,302.41 | MERCHANT LYNX MERCH DEP 260611 924600999198078 |
| 06/15 | 4,350.85 | MERCHANT LYNX MERCH DEP 260612 924600999198078 |
| 06/16 | 10,478.76 | MERCHANT LYNX MERCH DEP 260615 924600999198078 |
| 06/17 | 2,315.16 | MERCHANT LYNX MERCH DEP 260616 924600999198078 |
| 06/18 | 2,002.46 | MERCHANT LYNX MERCH DEP 260617 924600999198078 |
| 06/22 | 3,535.75 | MERCHANT LYNX MERCH DEP 260619 924600999198078 |
| 06/22 | 2,156.00 | MERCHANT LYNX MERCH DEP 260618 924600999198078 |
| 06/23 | 11,843.53 | MERCHANT LYNX MERCH DEP 260622 924600999198078 |
| 06/24 | 1,646.06 | MERCHANT LYNX MERCH DEP 260623 924600999198078 |
| 06/25 | 2,463.33 | MERCHANT LYNX MERCH DEP 260624 924600999198078 |
| 06/26 | 1,968.92 | MERCHANT LYNX MERCH DEP 260625 924600999198078 |
| 06/29 | 1,685.06 | MERCHANT LYNX MERCH DEP 260626 924600999198078 |
| 06/30 | 10,039.40 | MERCHANT LYNX MERCH DEP 260629 924600999198078 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2026 Huntington Bancshares Incorporated.

Huntington

## Checks (-)

**Account:-------0617**

| Date | Amount | Check # |
|---|---|---|
| 06/16 | 6,000.00 | 181150 |
| 06/30 | 6,000.00 | 181305* |
| 06/26 | 2,800.00 | 184154* |
| 06/02 | 7,000.00 | 478096* |
| 06/15 | 1,000.00 | 478221* |
| 06/22 | 3,000.00 | 478423* |
| 06/17 | 2,000.00 | 504753* |
| 06/09 | 2,000.00 | 830809* |
| 06/12 | 2,000.00 | 873038* |
| 06/01 | 650.20 | 13596917* |
| 06/26 | 135.00 | 13596958* |
| 06/22 | 1,624.45 | 13596959 |
| 06/29 | 517.95 | 13596960 |
| 06/05 | 1,731.40 | 15380476* |
| 06/03 | 610.38 | 15380477 |
| 06/08 | 597.40 | 15380479* |
| 06/15 | 479.80 | 15380480 |
| 06/24 | 500.00 | 15380545* |
| 06/12 | 1,715.45 | 15449657* |
| 06/23 | 414.00 | 15449658 |
| 06/12 | 383.03 | 15449659 |
| 06/10 | 300.00 | 15449660 |
| 06/30 | 200.00 | 15449716* |
| 06/29 | 1,642.35 | 15449717 |
| 06/29 | 422.70 | 15449718 |
| 06/24 | 228.00 | 15449720* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)

**Account:-------0617**

| Date | Amount | Description |
|---|---|---|
| 06/01 | 4.24 | PURCHASE SQ *LULA'S CAFE AUBURN SQ *LULA'S CAFE AUBURN AUBURN HILLS MI XXXXXXXXXXXX2021 |
| 06/01 | 3.69 | PURCHASE SPEEDWAY 44444 SPEEDWAY 44444 LAKE ORION MI XXXXXXXXXXXX2021 |
| 06/01 | 105.66 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/01 | 339.92 | PURCHASE GREENER PASTURES MARKE GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 06/01 | 38.15 | PURCHASE GFS STORE #0947 GFS STORE #0947 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/01 | 900.00 | HUNTINGTON ATM CASH WITHDRAWAL 471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 06/01 | 78.34 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 06/01 | 48.99 | PURCHASE JAX/SUPER/JILLYCARWASH JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 06/01 | 1,195.30 | Rainbow MGA Insu Rainbow MG ST-W3Z2P8A2G2V9 |
| 06/02 | 493.28 | PURCHASE LTF*LIFE TIME MO DUES LTF*LIFE TIME MO DUES CHANHASSEN MN XXXXXXXXXXXX2021 |
| 06/02 | 123.00 | PURCHASE LIFE TIME PROD & SERV LIFE TIME PROD & SERV CHANHASSEN MN XXXXXXXXXXXX2021 |
| 06/02 | 244.62 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/02 | 71.45 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/02 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL 1027 W HILL RD FLINT MI XXXXXXXXXXXX2021 |
| 06/02 | 264.60 | STATE OF MICHIMP LIQUORSALE 260601 #006248498 |
| 06/02 | 405.09 | STATE OF MICHGWL LIQUORSALE 260601 #005643697 |
| 06/02 | 3,793.67 | MERCHANT LYNX MTHLY DISC 260531 924600999198078 |

## *Other Debits (-)* — *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 06/03 | 101.46 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/03 | 290.00 | INTERNET TFR TO CHECKING 060326 XXXXXXX0620 |
| 06/03 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL 4584 MILLER RD FLINT MI XXXXXXXXXXXX2021 |
| 06/03 | 2,362.57 | Al Peake & Sons CUSTOMERS Jun 03 2276 |
| 06/05 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL 2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/05 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL 2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/08 | 159.36 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/08 | 93.91 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/08 | 164.39 | PURCHASE COSTCO WHSE #0391 COSTCO WHSE #0391 LIVONIA MI XXXXXXXXXXXX2021 |
| 06/08 | 1,000.00 | INTERNET TFR TO CHECKING 060826 XXXXXXX0620 |
| 06/08 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL 2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/08 | 102.89 | PURCHASE COSTCO WHSE #0393 COSTCO WHSE #0393 MADISON HEIGH MI XXXXXXXXXXXX2021 |
| 06/08 | 89.33 | PURCHASE COSTCO GAS #1716 COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 06/09 | 133.86 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/09 | 119.00 | FRESH TECHNOLOGY WEB PMTS 060926 91CRHS |
| 06/09 | 200.00 | DTE ENERGY BILLPAY 260608 DTE RESIDENTIAL |
| 06/09 | 264.60 | STATE OF MICHIMP LIQUORSALE 260608 #006258710 |
| 06/09 | 469.43 | DTE ENERGY BILLPAY 260608 DTE RESIDENTIAL |
| 06/10 | 31.32 | PURCHASE HONEY BEE MARKET HONEY BEE MARKET DETROIT MI XXXXXXXXXXXX2021 |
| 06/10 | 72.27 | Rewards Network SETTLEMENT 260610 39504-031150344 |
| 06/10 | 1,833.72 | Al Peake & Sons CUSTOMERS Jun 10 2276 |
| 06/11 | 211.89 | PURCHASE COSTCO WHSE #1037 COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 06/11 | 225.00 | Tri-County Bever FintechEFT 061026 81-0993258 |
| 06/11 | 448.81 | CONSUMERS ENERGY ENERGYBILL 260610 103034541229 |
| 06/12 | 1,181.86 | PURCHASE UNTD RNTLS 180214 UNTD RNTLS 180214 CHARLOTTE NC XXXXXXXXXXXX2021 |
| 06/12 | 102.04 | PURCHASE BP#2861400CHILLBOX QPS BP#2861400CHILLBOX QPS LEONARD MI XXXXXXXXXXXX2021 |
| 06/12 | 121.58 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/12 | 274.57 | STATE OF MICHGWL LIQUORSALE 260611 #005685318 |
| 06/12 | 290.13 | STATE OF MICHGWL LIQUORSALE 260611 #005656990 |
| 06/15 | 39.94 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/15 | 294.54 | PURCHASE GREENER PASTURES MARKE GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 06/15 | 103.42 | PURCHASE WHOLEFDS BIR #10641 WHOLEFDS BIR #10641 BIRMINGHAM MI XXXXXXXXXXXX2021 |
| 06/15 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL 471 S BROADWAY ST LAKE ORION MI XXXXXXXXXXXX2021 |
| 06/15 | 1,000.00 | INTERNET TFR TO CHECKING 061526 XXXXXXX0620 |
| 06/15 | 365.04 | STATE OF MICHNWS LIQUORSALE 260612 #007616907 |
| 06/16 | 101.94 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/16 | 47.33 | PURCHASE FEDEX OFFICE 0442 MTCK FEDEX OFFICE 0442 MTCK AUBURN HILLS MI XXXXXXXXXXXX2021 |
| 06/16 | 260.00 | PURCHASE ALLPAID*43RD DISTRICT ALLPAID*43RD DISTRICT MADISON HEIGH MI XXXXXXXXXXXX2021 |

## *Other Debits (-)* 

*Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 06/16 | 1,000.00 | INTERNET TFR TO CHECKING 061626 XXXXXXX0620 |
| 06/17 | 111.21 | Rewards Network SETTLEMENT 260617 39526-031173591 |
| 06/17 | 151.99 | COMCAST-XFINITY CABLE SVCS 260616 8149377 |
| 06/17 | 2,442.94 | Al Peake & Sons CUSTOMERS Jun 17 2276 |
| 06/18 | 48.26 | PURCHASE CINTAS CORP CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 06/18 | 48.26 | PURCHASE CINTAS CORP CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 06/18 | 48.26 | PURCHASE CINTAS CORP CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 06/18 | 66.87 | PURCHASE COSTCO GAS #1716 COSTCO GAS #1716 FLINT MI XXXXXXXXXXXX2021 |
| 06/18 | 230.74 | PURCHASE COSTCO WHSE #1716 COSTCO WHSE #1716 FLINT MI XXXXXXXXXXXX2021 |
| 06/18 | 126.00 | BEST BUY AUTO PYMT 260617 722015605740961 |
| 06/18 | 1,252.86 | CONSUMERS ENERGY ENERGYBILL 260617 103055225488 |
| 06/22 | 40.50 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/22 | 52.36 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/22 | 932.61 | PURCHASE ALPEAKESONSINC ALPEAKESONSINC TOLEDO OH XXXXXXXXXXXX2021 |
| 06/22 | 40.99 | PURCHASE JAX/SUPER/JILLYCARWASH JAX/SUPER/JILLYCARWASH SOUTHFIELD MI XXXXXXXXXXXX2021 |
| 06/22 | 73.71 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/22 | 87.68 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/22 | 300.00 | HUNTINGTON ATM CASH WITHDRAWAL 419 S LAFAYETTE ST SOUTH LYON MI XXXXXXXXXXXX2021 |
| 06/22 | 293.27 | PURCHASE GREENER PASTURES MARKE GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 06/22 | 27.75 | PURCHASE SPEEDWAY 44444 SPEEDWAY 44444 LAKE ORION MI XXXXXXXXXXXX2021 |
| 06/22 | 317.65 | Premium Distribu FINTECHEFT 061826 81-0993258 |
| 06/22 | 503.68 | COMCAST-XFINITY CABLE SVCS 260619 9244257 |
| 06/22 | 708.78 | STATE OF MICHGWL LIQUORSALE 260618 #005704503 |
| 06/23 | 229.67 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/23 | 2,900.00 | DTE ENERGY BILLPAY 260622 DTE COMMERCIAL |
| 06/24 | 168.54 | PURCHASE THE HOME DEPOT #2727 THE HOME DEPOT #2727 ROCHESTER MI XXXXXXXXXXXX2021 |
| 06/24 | 100.33 | PURCHASE SHELL OIL 12666749002 SHELL OIL 12666749002 MADISON HEIGH MI XXXXXXXXXXXX2021 |
| 06/24 | 104.95 | PURCHASE FSP*QUALITY LUBRICATIO FSP*QUALITY LUBRICATIO AUBURN HILLS MI XXXXXXXXXXXX2021 |
| 06/24 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL 2975 WALTON BLVD ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/24 | 80.44 | Rewards Network SETTLEMENT 260624 39547-031196524 |
| 06/24 | 2,573.99 | Al Peake & Sons CUSTOMERS Jun 24 2276 |
| 06/25 | 174.00 | PURCHASE CINTAS CORP CINTAS CORP MASON OH XXXXXXXXXXXX2021 |
| 06/25 | 201.17 | PURCHASE RESTAURANT DEPOT RESTAURANT DEPOT TROY MI XXXXXXXXXXXX2021 |
| 06/25 | 1,500.00 | INTERNET TFR TO CHECKING 062526 XXXXXXX0620 |
| 06/25 | 3,800.00 | TELLER TFR TO CHECKING 062526 XXXXXXX0620 |
| 06/26 | 35.61 | PURCHASE MEIJER EXPRESS #260 MEIJER EXPRESS #260 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/26 | 83.48 | PURCHASE COSTCO GAS #1037 COSTCO GAS #1037 BLOOMFIELD HI MI XXXXXXXXXXXX2021 |
| 06/26 | 268.66 | PURCHASE COSTCO WHSE #1037 COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |

Huntington

## *Other Debits (-)* *Account:-------0617*

| Date | Amount | Description |
|---|---|---|
| 06/29 | 179.38 | PURCHASE LIFE TIME PROD & SERV LIFE TIME PROD & SERV CHANHASSEN MN XXXXXXXXXXXX2021 |
| 06/29 | 15.99 | PURCHASE GOOGLE *YOUTUBEPREMIUM GOOGLE *YOUTUBEPREMIUM MOUNTAIN VIEW CA XXXXXXXXXXXX2021 |
| 06/29 | 317.19 | PURCHASE GREENER PASTURES MARKE GREENER PASTURES MARKE SOUTH LYON MI XXXXXXXXXXXX2021 |
| 06/29 | 29.56 | PURCHASE WHOLEFDS RCH 10330 WHOLEFDS RCH 10330 ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/30 | 24.80 | PURCHASE LOWES #02312* LOWES #02312* MADISON HEIGH MI XXXXXXXXXXXX2021 |
| 06/30 | 102.41 | PURCHASE EXXON HEATHER ENTERPRI EXXON HEATHER ENTERPRI ROCHESTER HIL MI XXXXXXXXXXXX2021 |
| 06/30 | 132.51 | PURCHASE COSTCO WHSE #1037 COSTCO WHSE #1037 BLOOMFIELD MI XXXXXXXXXXXX2021 |
| 06/30 | 1,000.00 | HUNTINGTON ATM CASH WITHDRAWAL 2205 SOUTH TELEGRA BLOOMFIELD TW MI XXXXXXXXXXXX2021 |
| 06/30 | 300.00 | INTERNET TFR TO CHECKING 063026 XXXXXXX0620 |
| 06/30 | 1,195.30 | Rainbow MGA Insu Rainbow MG ST-M3L9X3U3I6K8 |
| 06/30 | 2,700.00 | DTE ENERGY BILLPAY 260629 DTE COMMERCIAL |

## *Service Charge Detail* *Account:-------0617*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 06/15 | 22.50 | | EXCESS TRANSACTION FEE |
| 06/15 | 5.00 | | STATEMENT CHARGE |

## *Service Charge Summary* *Account:-------0617*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$27.50** |
| **Total Service Charges (-)** | **$27.50** |

## *Balance Activity* *Account:-------0617*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | 48,521.74 | 06/10 | 53,174.09 | 06/23 | 57,189.53 |
| 06/01 | 47,588.93 | 06/11 | 54,067.27 | 06/24 | 54,079.34 |
| 06/02 | 47,400.63 | 06/12 | 50,301.02 | 06/25 | 50,867.50 |
| 06/03 | 44,457.75 | 06/15 | 50,341.63 | 06/26 | 49,513.67 |
| 06/04 | 47,459.53 | 06/16 | 53,411.12 | 06/29 | 48,073.61 |
| 06/05 | 45,664.44 | 06/17 | 51,020.14 | 06/30 | 46,457.99 |
| 06/08 | 45,972.14 | 06/18 | 51,201.35 | | |
| 06/09 | 53,870.10 | 06/22 | 48,889.67 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.